**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

CHRISTOPHER MANCHIN, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

PACS GROUP, INC., JASON MURRAY, DERICK APT, MARK HANCOCK, JACQUELINE MILLARD, TAYLOR LEAVITT, CITIGROUP GLOBAL MARKETS INC., J.P. MORGAN SECURITIES LLC, TRUIST SECURITIES, INC., RBC CAPITAL MARKETS, LLC, GOLDMAN SACHS & CO. LLC, STEPHENS INC., KEYBANC CAPITAL MARKETS INC., OPPENHEIMER & CO. INC., and REGIONS SECURITIES LLC,

Defendants.

Civil Action No. 1:24-cv-08636 (LJL)

**STIPULATION AND ~~[PROPOSED]~~ ORDER RE: SCHEDULE FOR FILING AMENDED COMPLAINT AND BRIEFING**

WHEREAS, on November 13, 2024, Plaintiff Christopher Manchin commenced an action in this Court (Case No. 1:24-cv-08636, the "Manchin Action") alleging violations of the federal securities laws on behalf of a putative class consisting of investors in the securities of Defendant PACS Group, Inc. ("PACS") against Defendants PACS, Jason Murray, Derick Apt, Mark Hancock, Jacqueline Millard, Taylor Leavitt, Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Truist Securities, Inc., RBC Capital Markets, LLC, Goldman Sachs & Co. LLC, Stephens Inc., Keybanc Capital Markets Inc., Oppenheimer & Co. Inc., and Regions Securities LLC (collectively, the "Manchin Defendants");

WHEREAS, on November 21, 2024, Plaintiff New Orleans Employees' Retirement System commenced an action in this Court (Case No. 1:24-cv-08882, the "New Orleans Action") alleging violations of the federal securities laws on behalf of a putative class consisting of investors in the securities of Defendant PACS, against Defendants PACS, Jason Murray, Derick Apt, Michelle Lewis, Mark Hancock, Jacqueline Millard, Taylor Leavitt, Evelyn Dilsaver, Citigroup Global Markets, Inc., J.P. Morgan Securities, LLC, Truist Securities, Inc., RBC Capital Markets, LLC, Goldman Sachs & Co., LLC, Stephens, Inc., Oppenheimer & Co., Inc., and UBS Securities, LLC (collectively, the "New Orleans Defendants").

WHEREAS, the Manchin Action and New Orleans Action raise common questions of law and fact, and are therefore suitable for consolidation, *see* Fed. R. Civ. P. 42(a)(2);

WHEREAS, the Manchin Action and New Orleans Action are putative class actions alleging violations of the federal securities laws, and the Actions are governed by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 ("PSLRA");

WHEREAS, the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A)-(B), provides that (i) not later than twenty days after the date on which the first

complaint in a private securities class action is filed, the plaintiff shall publish a notice advising members of the purported plaintiff class, (ii) not later than sixty days after the date on which the notice is published any member of the purported class may move the court to serve as lead plaintiff, and (iii) not later than ninety days after the date on which notice is published the Court shall appoint the "most adequate plaintiff" as lead plaintiff for the class ("Lead Plaintiff");

WHEREAS, on November 13, 2024, Plaintiff's counsel in the Manchin Action published a press release announcing the filing of this lawsuit and advising prospective class members of the deadline to seek appointment as lead plaintiff;

WHEREAS, based on the November 13 press release, lead plaintiff appointment motions in the Manchin Action are due no later than Monday, January 13, 2025;

WHEREAS, it is customary in securities class action cases under the PSLRA for the appointed Lead Plaintiff to file a consolidated amended complaint;

WHEREAS, Plaintiff and Defendants have met and conferred, and for the convenience of all parties and the Court, hereby enter into the following stipulation regarding a schedule for the filing of an amended complaint and a briefing schedule for Defendants' anticipated motion to dismiss.

NOW, THEREFORE, Plaintiff and Defendants, through their undersigned attorneys, stipulate and agree to the following:

1. The Manchin Action and New Orleans Action are hereby consolidated, with all subsequent filings to occur on the docket for the earlier-filed Manchin Action.

2. The Manchin Defendants and New Orleans Defendants have waived service of the summons and Complaint in each Action on behalf of each Defendant, subject to any defenses that any Defendant may subsequently assert, including any defenses or objections as to personal

jurisdiction, forum, venue, or otherwise, all of which defenses are hereby preserved, except for those related to the sufficiency of service.

3. Defendants' time to answer, move, or otherwise respond to any complaint in this action is stayed pending appointment of a lead plaintiff and lead counsel.

4. Within fourteen (14) days after the entry of an order appointing a lead plaintiff and lead counsel in the action, the lead plaintiff and Defendants shall meet and confer and propose a schedule to the Court for the filing of a consolidated complaint, or designation of an operative complaint, and the response thereto.

**IT IS SO STIPULATED AND AGREED TO THIS 6TH DAY OF JANUARY 2025.**

**GLANCY PRONGAY & MURRAY LLP**

*/s/ Rebecca Dawson*[1]

Gregory B. Linkh
Rebecca Dawson
230 Park Ave, Suite 358
New York, New York 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
glinkh@glancylaw.com
rdawson@glancylaw.com

Robert V. Prongay
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Plaintiff Christopher Manchin*

**LATHAM & WATKINS LLP**

*/s/ Thomas J. Giblin*

Thomas J. Giblin
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
thomas.giblin@lw.com

Colleen C. Smith (*pro hac vice pending*)
12670 High Bluff Drive
San Diego, California 92130
Telephone: (858) 523-5400
colleen.smith@lw.com

Michele D. Johnson (*pro hac vice pending*)
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
michele.johnson@lw.com

Morgan E. Whitworth (*pro hac vice pending*)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
morgan.whitworth@lw.com

*Attorneys for Defendants PACS Group, Inc., Jason Murray, Derick Apt, Mark Hancock, Jacqueline Millard, and Taylor Leavitt*

[1] The parties use electronic signatures with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

*/s/ Jay B. Kasner*
Jay B. Kasner
Susan L. Saltzstein
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
jay.kasner@skadden.com
susan.saltzstein@skadden.com

*Attorneys for Defendants Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Truist Securities, Inc., RBC Capital Markets, LLC, Goldman Sachs & Co. LLC, Stephens Inc., Keybanc Capital Markets Inc., Oppenheimer & Co. Inc., and Regions Securities LLC*

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

January 7, 2025