# EXHIBIT B

## Financial Interest Analysis

**Company Name:**     PACS Group, Inc.
**Ticker:**     PACS
**Name:**     Christopher Manchin

### Exchange Act

**Class Period:**     April 8, 2024 to November 5, 2024

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 4/11/2024 | 280 | $23.0300 | -$6,448.4000 | | $0.0000 | -$6,448.40 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **280** | | | | **Subtotal:** | **-$6,448.40** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | **$4,348.59** |
| | | | $15.5307 | 280 | **Total:** | **-$2,099.81** |

Notes
The 90-Day Average Price used in this financial interest analysis is the average closing price between November 6, 2024 and January 13, 2025.

### Securities Act

**Class Period:**     Traceable to April 2024 IPO at $21.00 per share

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 4/11/2024 | 280 | $21.0000 | -$5,880.0000 | | $0.0000 | -$5,880.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Remaining:** | **280** | | | | **Subtotal:** | **-$5,880.00** |
| | | | **Retained Value Per Share** | **Shares Remaining** | **Retained Value:** | **$5,737.20** |
| | | | $20.4900 | 280 | **Total:** | **-$142.80** |

Pursuant to 15 U.S. Code § 77k (e), damages per share under the Securities Act are limited to the difference between the amount paid for the security (not exceeding the price at which the security was offered to the public) and (i) the value thereof as of the time such suit was brought, or (ii) the price at which such security shall have been disposed of in the market before suit, or (iii) the price at which such security shall have been disposed of after suit but before judgment if such damages shall be less than the damages representing the difference between the amount paid for the security (not exceeding the price at which the security was offered to the public) and the value thereof as of the time such suit was brought.