# EXHIBIT C





# PACS CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit Against PACS Group, Inc.

November 13, 2024 09:22 PM Eastern Standard Time

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM"), announces that it has filed a class action lawsuit in the United States District Court for the Southern District of New York, captioned *Manchin v. PACS Group, Inc., et al.*, Case No. 24-cv-08636, on behalf of persons and entities that purchased or otherwise acquired PACS Group, Inc. ("PACS Group" or the "Company") (NYSE: PACS): (a) common stock pursuant and/or traceable to the registration statement and prospectus (collectively, the "Registration Statement") issued in connection with the Company's April 11, 2024 initial public offering ("IPO" or the "Offering"); and/or (b) securities between **April 11, 2024 and November 5, 2024** inclusive (the "Class Period"). Plaintiff pursues claims against under the Securities Act of 1933 (the "Securities Act") and the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

If you suffered a loss on your PACS Group investments or would like to inquire about potentially pursuing claims to recover your loss under the federal securities laws, you can submit your contact information at www.glancylaw.com/cases/PACS-Group-Inc/. You can also contact Charles H. Linehan, of GPM at 310-201-9150, Toll-Free at 888-773-9224, or via email at shareholders@glancylaw.com or visit our website at www.glancylaw.com to learn more about your rights.

On April 11, 2024, PACS Group conducted its IPO, selling 21,428,572 shares of common stock at a price of $21.00 per share, received net proceeds of approximately $450 million.

On November 4, 2024, Hindenburg Research published a report based on a 5-month investigation that included interviews with 18 former PACS Group employees, competitors, and an analysis of more than 900 PACS facility cost reports. The report alleged the Company had "abused a COVID-era waiver" in a "scheme" that involved falsely submitting false Medicare claims which "drove more than 100% of PACS' operating and net income from 2020 – 2023, enabling PACS to IPO in early 2024 with the illusion of legitimate growth and profitability." The report further alleged the Company engaged in a scheme to maintain revenue by "bill[ing] thousands of unnecessary respiratory and sensory integration therapies to Medicare Part B regardless of clinical need or outcomes." The report also alleged a widespread practice of falsifying documentation, including by engaging in a "scheme whereby PACS attempts to fool regulators by 'renting' licenses from third parties to 'hang' on buildings" and then "either employs unlicensed administrators or has administrators manage multiple buildings in excess of state mandated limits." Similarly, the report alleges the Company engaged in a scheme related to licensure and staffing of nurses, whereby "PACS secretly lists uncertified nurse aides (NAs) as certified in the system, in an apparent scheme to cheat staffing ratios" and "retroactively add fake RN hours" in order "to meet minimum staffing requirements, boost star ratings, and avoid costly penalties."

On this news, the Company's share price fell $11.93 or 27.78%, to close at $30.01 per share on November 4, 2024, on unusually heavy trading volume.

Then, on November 6, 2024, before the market opened, the Company announced that it would postpone its fiscal third quarter 2024 earnings release. The Company further disclosed it had "received civil investigative demands from the federal government regarding the Company's reimbursement and referral practices that may or may not be related to this week's third-party report."

On this news, the Company's share price fell $11.45 or 38.76%, to close at $18.09 per share on November 6, 2024, on unusually heavy trading volume. By the commencement of this action, PACS Group stock has traded as low as $18.09 per share, a more than 13.9% decline from the $21 per share IPO price.

The complaint filed in this class action alleges that in the Registration Statement and throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that the Company engaged in a "scheme" to submit false Medicare claims which "drove more than 100% of PACS' operating and net income from 2020 – 2023"; (2) that the Company engaged in a "scheme" to "bill thousands of unnecessary respiratory and sensory integration therapies to Medicare"; (3) that the Company engaged in a scheme to falsify documentation related to licensure and staffing; and (4) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you purchased or otherwise acquired PACS Group securities during the Class Period, you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Charles Linehan, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

Glancy Prongay & Murray LLP, Los Angeles

Charles H. Linehan, 310-201-9150 or 888-773-9224

1925 Century Park East, Suite 2100

Los Angeles, CA 90067

www.glancylaw.com

shareholders@glancylaw.com