**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHRISTOPHER MANCHIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PACS GROUP, INC., JASON MURRAY, DERICK APT, MARK HANCOCK, JACQUELINE MILLARD, TAYLOR LEAVITT, CITIGROUP GLOBAL MARKETS INC., J.P. MORGAN SECURITIES LLC, TRUIST SECURITIES, INC., RBC CAPITAL MARKETS, LLC, GOLDMAN SACHS & CO. LLC, STEPHENS INC., KEYBANC CAPITAL MARKETS INC., OPPENHEIMER & CO. INC., and REGIONS SECURITIES LLC,<br><br>Defendants. | No. 1:24-cv-08636-LJL<br><br>Judge Lewis J. Liman<br><br><u>CLASS ACTION</u><br><br><u>ORAL ARGUMENT REQUESTED</u> |

**DECLARATION OF FRANCIS P. MCCONVILLE IN SUPPORT OF 1199SEIU HEALTH CARE EMPLOYEES PENSION FUND'S MOTION FOR APPOINTMENT AS <u>LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

I, Francis P. McConville, declare as follows:

I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am a Partner at the law firm of Labaton Keller Sucharow LLP ("Labaton"), proposed Lead Counsel for the Class.  I submit this declaration in support of the motion filed by proposed Lead Plaintiff 1199SEIU Health Care Employees Pension Fund (the "Pension Fund"), for the entry of an Order: (1) appointing the Pension Fund as Lead Plaintiff in the Action; (2) approving the Pension Fund's selection of Labaton as Lead Counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper.

Attached as Exhibits A through E are true and correct copies of the following documents:

EXHIBIT A:   Signed Certification of the Pension Fund, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:   Loss Chart identifying the Pension Fund's transactions in PACS Group, Inc. securities during the Class Period;

EXHIBIT C:   Notice of the first-filed action issued on *Business Wire* on November 13, 2024;

EXHIBIT D:   Notice of the second-filed action issued on *Business Wire*, on November 21, 2024;

EXHIBIT E:   Firm Resume of Labaton.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 13th day of January, 2025

*/s/ Francis P. McConville*
Francis P. McConville