**Exhibit A**

**CERTIFICATION**

I, Suzanne Metzger, as General Counsel of 1199SEIU Health Care Employees Pension Fund ("1199SEIU"), hereby certify as follows:

1.      I am fully authorized to enter into and execute this Certification on behalf of 1199SEIU.  I have reviewed a complaint filed against PACS Group, Inc. ("PACS") alleging violations of the federal securities laws, and authorize the filing of this motion for lead plaintiff appointment;

2.      1199SEIU did not purchase securities of PACS at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.      1199SEIU is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.  1199SEIU fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act;

4.      1199SEIU's transactions in PACS securities during the Class Period are reflected in Exhibit A, attached hereto;

5.      1199SEIU has not sought to serve as a lead plaintiff or representative party in any class action under the federal securities laws filed during the last three years;

6.      Beyond its pro rata share of any recovery, 1199SEIU will not accept payment for serving as a lead plaintiff or representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

2

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this __10th__ day of January, 2025.

_Suzanne Metzger_
General Counsel
1199SEIU Health Care Employees Pension
Fund

**EXHIBIT A**

**TRANSACTIONS IN PACS GROUP, INC.**

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 09/06/2024 | 20,326 | $36.25 | ($736,817.50) |
| Purchases | 09/20/2024 | 1,935 | $40.58 | ($78,531.59) |
| Closing Balance | 11/05/2024 | 22,261 | | |