**Exhibit B**

**LOSS ANALYSIS**

**Class Period:  04/11/24 - 11/05/24**

**PACS Group, Inc.**

| TICKER | CUSIP | ISIN | SEDOL | Lookback Price [1] |
|---|---|---|---|---|
| PACS | 69380Q107 | US69380Q1076 | BPW6WD7 | $15.5307 |

**1199SEIU Health Care Employees Pension Fund**

**LIFO**

| Transaction Type | Trade Date | Quantity | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Opening Balance | 04/11/24 | 0 | | |
| Purchases | 09/06/24 | 20,326 | $36.2500 | ($736,817.50) |
| Purchases | 09/20/24 | 1,935 | $40.5848 | ($78,531.59) |
| *Class Period purchases:* | | **22,261** | | **($815,349.09)** |
| | | | | |
| *Class Period sales that match to Class Period purchases:* | | *0* | | *$0.00* |
| | | | | |
| | Shares Held: | 22,261 | $15.5307 | $345,728.91 |

| | |
|---|---|
| **LIFO Gain/(Loss):** | **($469,620.18)** |
| Total Shares Bought: | 22,261 |
| Total Net Shares: | 22,261 |
| Total Net Expenditures: | ($815,349.09) |

[1]  *Value of shares held is the mean trading price from 11/06/24 to 01/13/25*

**LOSS ANALYSIS**
**Relevant Period: 09/06/24 SPO**

**PACS Group, Inc.**

| TICKER | CUSIP | ISIN | SEDOL | Lookback Price [1] |
|---|---|---|---|---|
| PACS | 69380Q107 | US69380Q1076 | BPW6WD7 | $16.5500 |

**1199SEIU Health Care Employees Pension Fund**

| LIFO | | | | |
|---|---|---|---|---|
| Transaction Type | Trade Date | Quantity | Price Per Share | Cost / Proceeds |
| Opening Balance | 09/06/24 | 0 | | |
| Purchases | 09/06/24 | 20,326 | $36.2500 | ($736,817.50) |
| *Relevant Period purchases:* | | **20,326** | | ($736,817.50) |
| | | | | |
| *Relevant Period sales (matched to Relevant Period purchases):* | | *0* | | *$0.00* |
| | | | | |
| | Shares Held: | 20,326 | $16.5500 | $336,395.30 |

| | |
|---|---|
| **LIFO Gain/(Loss):** | **($400,422.20)** |
| Total Shares Bought: | 20,326 |
| Total Net Shares: | 20,326 |
| Total Net Expenditures: | ($736,817.50) |

*1 Value of shares held is the closing price on 11/21/24, the date of the complaint filing.*