**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

CHRISTOPHER MANCHIN, Individually and on Behalf of All Others Similarly Situated,

              Plaintiff,

      v.

PACS GROUP, INC., JASON MURRAY, DERICK APT, MARK HANCOCK, JACQUELINE MILLARD, TAYLOR LEAVITT, CITIGROUP GLOBAL MARKETS INC., J.P. MORGAN SECURITIES LLC, TRUIST SECURITIES, INC., RBC CAPITAL MARKETS, LLC, GOLDMAN SACHS & CO. LLC, STEPHENS INC., KEYBANC CAPITAL MARKETS INC., OPPENHEIMER & CO. INC., and REGIONS SECURITIES LLC,

              Defendants.

---

Civil Action No. 1:24-cv-08636 (LJL)

**<u>NOTICE OF MOTION</u>**

**ORAL ARGUMENT REQUESTED**

PLEASE TAKE NOTICE that upon the annexed Declaration of Derick Apt, dated March 28, 2025, the annexed Declaration of Colleen C. Smith, dated March 28, 2025, and the exhibits attached thereto, and the accompanying Memorandum of Law, dated March 28, 2025, and upon all prior papers and proceedings herein, the undersigned hereby moves this Court on behalf of Defendants PACS Group, Inc., Jason Murray, Derick Apt, Mark Hancock, Michelle Lewis, Jacqueline Millard, Taylor Leavitt, and Evelyn Dilsaver, before the Honorable Lewis J. Liman in Courtroom 15C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, for an Order pursuant to 28 U.S.C. § 1404(a), to transfer this matter to the United States District Court for the District of Utah and for such other relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order of this Court, Lead Plaintiff's opposition submission, if any, is due on or before April 18, 2025, and Defendants' reply

submission, if any, is due on or before April 25, 2025.

Dated: March 28, 2025

Respectfully submitted,

**LATHAM & WATKINS LLP**

 /s/ Colleen C. Smith
Colleen C. Smith (*pro hac vice*)
12670 High Bluff Drive
San Diego, California 92130
Telephone: (858) 523-5400
colleen.smith@lw.com

Thomas J. Giblin
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
thomas.giblin@lw.com

Michele D. Johnson (*pro hac vice*)
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
michele.johnson@lw.com

Morgan E. Whitworth (*pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
morgan.whitworth@lw.com

*Attorneys for Defendants PACS Group, Inc., Jason Murray, Derick Apt, Mark Hancock, Michelle Lewis, Jacqueline Millard, Taylor Leavitt, and Evelyn Dilsaver*