**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHRISTOPHER MANCHIN, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>       v.<br><br>PACS GROUP, INC., JASON MURRAY, DERICK APT, MARK HANCOCK, JACQUELINE MILLARD, TAYLOR LEAVITT, CITIGROUP GLOBAL MARKETS INC., J.P. MORGAN SECURITIES LLC, TRUIST SECURITIES, INC., RBC CAPITAL MARKETS, LLC, GOLDMAN SACHS & CO. LLC, STEPHENS INC., KEYBANC CAPITAL MARKETS INC., OPPENHEIMER & CO. INC., and REGIONS SECURITIES LLC,<br><br>       Defendants. | Civil Action No. 1:24-cv-08636 (LJL)<br><br>**ORAL ARGUMENT REQUESTED** |

## DECLARATION OF COLLEEN C. SMITH IN SUPPORT OF PACS DEFENDANTS' MOTION TO TRANSFER TO THE DISTRICT OF UTAH

I, Colleen C. Smith, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner at Latham & Watkins LLP. I represent Defendants PACS Group, Inc. ("PACS"), Jason Murray, Derick Apt, Mark Hancock, Michelle Lewis, Jacqueline Millard, Taylor Leavitt, and Evelyn Dilsaver (collectively, "PACS Defendants") in the above-captioned consolidated case. I make this declaration based on my personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the final amendment to the General Form for Registration of Securities, filed with the SEC by PACS on Form S-1/A on April 8, 2024 in connection with its initial public offering ("IPO").

3. Attached hereto as Exhibit 2 is a true and correct copy of the SEC Form S-1MEF filed by PACS on April 10, 2024 in connection with the IPO.

4. Attached hereto as Exhibit 3 is a true and correct copy of a May 13, 2024 press release issued by PACS.

5. Attached hereto as Exhibit 4 is a true and correct copy of PACS's amended SEC Form 10-Q for the first quarter of 2024 filed on May 21, 2024.

6. Attached hereto as Exhibit 5 is a true and correct copy of an August 12, 2024 press release issued by PACS.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from PACS's SEC Form 10-Q for the second quarter of 2024 filed on August 12, 2024.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from a draft registration statement filed on SEC Form DRS on August 19, 2024 by PACS in connection with its secondary public offering ("SPO").

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from a general form for registration of securities filed on SEC Form S-1 on September 3, 2024 by PACS in connection with the SPO.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 28, 2025, in San Diego, California.

*/s/ Colleen C. Smith*
Colleen C. Smith

2