# EXHIBIT 2

**As filed with the Securities and Exchange Commission on April 10, 2024**

Registration No. 333-

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM S-1
## REGISTRATION STATEMENT
*Under*
*The Securities Act of 1933*

# PACS GROUP, INC.
**(Exact name of registrant as specified in its charter)**

| Delaware | 8051 | 92-3144268 |
|---|---|---|
| **(State or other jurisdiction of incorporation or organization)** | **(Primary Standard Industrial Classification Code Number)** | **(I.R.S. Employer Identification No.)** |

**262 N. University Ave.**
**Farmington, Utah 84025**
**(801) 447-9829**
**(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)**

**Jason Murray**
**Chief Executive Officer**
**PACS Group, Inc.**
**262 N. University Ave.**
**Farmington, Utah 84025**
**(801) 447-9829**
**(Name, address, including zip code, and telephone number, including area code, of agent for service)**

*Copies to:*

| | |
|---|---|
| **B. Shayne Kennedy**<br>**J. Ross McAloon**<br>**Latham & Watkins LLP**<br>**650 Town Center Drive, 20th Floor**<br>**Costa Mesa, CA 92626**<br>**(714) 540-1235** | **Benjamin K. Marsh**<br>**Adam V. Johnson**<br>**Goodwin Procter LLP**<br>**The New York Times Building**<br>**620 Eighth Avenue**<br>**New York, NY 10018**<br>**(212) 813-8800** |

**Approximate date of commencement of proposed sale to the public:** As soon as practicable after this Registration Statement is declared effective.

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933 check the following box. ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, please check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☒

(File No. 333-277893)

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company or an emerging growth company. See the definition of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | | Accelerated filer | |
| Non-accelerated filer | | Smaller reporting company | |
| | | Emerging growth company | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☐

**The Registration Statement shall become effective upon filing with the Securities and Exchange Commission in accordance with Rule 462(b) promulgated under the Securities Act of 1933, as amended.**

**EXPLANATORY NOTE AND INCORPORATION BY REFERENCE**

This Registration Statement on Form S-1 (this "Registration Statement") is being filed pursuant to Rule 462(b) under the Securities Act of 1933, as amended, for the sole purpose of increasing the aggregate number of shares of common stock offered by PACS Group, Inc. (the "Registrant") by 2,735,357 shares, 356,785 of which are subject to purchase upon exercise of the underwriters' option to purchase additional shares of the Registrant's common stock from the selling stockholders. The additional securities that are being registered for sale are in an amount and at a price that together represent no more than 20% of the maximum aggregate offering price set forth in the Filing Fee Table (Exhibit 107) filed as an exhibit to the Registration Statement on Form S-1, as amended (File No. 333-277893) (the "Prior Registration Statement"). The information set forth in the Prior Registration Statement and all exhibits thereto are hereby incorporated by reference in this filing.

The required opinion and consents are listed on an Exhibit Index attached hereto and filed herewith.

**Exhibit Index**

| Exhibit Number | Description of Exhibit |
| --- | --- |
| 5.1 | Opinion of Latham & Watkins LLP (incorporated by reference to Exhibit 5.1 filed with the Prior Registration Statement on April 1, 2024) |
| 23.1 | Consent of Ernst & Young LLP, independent registered public accounting firm |
| 23.2 | Consent of Latham & Watkins LLP (included in Exhibit 5.1) |
| 24.1 | Power of Attorney (included on the signature page of the Prior Registration Statement filed on March 13, 2024) |
| 107 | Filing Fee Table |

**SIGNATURES**

Pursuant to the requirements of the Securities Act of 1933, the registrant has duly caused this registration statement to be signed on its behalf by the undersigned, thereunto duly authorized, in the City of Farmington, State of Utah, on this 10th day of April, 2024.

**PACS GROUP, INC.**

By:     /s/ Jason Murray
        Jason Murray
        Chief Executive Officer

Pursuant to the requirements of the Securities Act of 1933, this registration statement has been signed by the following persons in the capacities held on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ Jason Murray<br>Jason Murray | Director, Co-Founder, Chairman and Chief Executive Officer<br>*(Principal Executive Officer)* | April 10, 2024 |
| /s/ Derick Apt<br>Derick Apt | Chief Financial Officer<br>*(Principal Financial Officer)* | April 10, 2024 |
| /s/ Michelle Lewis<br>Michelle Lewis | Chief Accounting Officer<br>*(Principal Accounting Officer)* | April 10, 2024 |
| *<br>Mark Hancock | Director, Co-Founder and Executive Vice Chairman | April 10, 2024 |
| *<br>Jacqueline Millard | Director | April 10, 2024 |
| *<br>Taylor Leavitt | Director | April 10, 2024 |

*By:     /s/ Derick Apt
        Derick Apt
        Attorney-in-fact