# EXHIBIT 4

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
## Washington, D.C. 20549

---

# FORM 10-Q/A

### Amendment No. 1

---

**(Mark One)**

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended** March 31, 2024

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from \_\_\_\_\_ to _____.**

**Commission file number 001-42011**

---

# PACS Group, Inc.
## (Exact name of registrant as specified in its charter)

---

| | |
|---|---|
| **Delaware** | **92-3144268** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**262 N. University Ave.**
**Farmington, Utah 84025**
(Address of Principal Executive Offices and Zip Code)

**(801) 447-9829**
Registrant's telephone number, including area code

**N/A**
(Former name, former address and former fiscal year, if changed since last report)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.001 per share | PACS | The New York Stock Exchange |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Yes ☐ No ☒

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).

Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company,"and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).

Yes ☐ No ☒

As of May 10, 2024, there were 152,399,733 shares of the registrant's common stock, par value $0.001 per share, outstanding.

**EXPLANATORY NOTE**

PACS Group, Inc. (the "Company") is filing this Amendment No. 1 on Form 10-Q/A (this "Amendment") to its Quarterly Report on Form 10-Q for the quarter ended March 31, 2024, which was originally filed with the Securities and Exchange Commission on May 13, 2024 (the "Form 10-Q"), to correct an administrative error in the number of shares of common stock outstanding as of May 10, 2024 shown on the cover of the Form 10-Q. The correct number of shares of common stock outstanding as of May 10, 2024 was 152,399,733. No other changes have been made to the Form 10-Q.

This Amendment speaks as of the original filing date of the Form 10-Q, and does not reflect events that may have occurred after the filing of the Form 10-Q or modify or update the disclosures made in the Form 10-Q.

**Part II—Other Information**

**Item 6. Exhibits**

**EXHIBIT INDEX**

| Exhibit Number | Exhibit Description | Incorporated by Reference | | | | Filed/ Furnished Herewith |
|---|---|---|---|---|---|---|
| | | Form | File No. | Exhibit | Date | |
| 3.1 | Amended and Restated Certificate of Incorporation of PACS Group, Inc. | 8-K | 001-42011 | 3.1 | 4/15/2024 | |
| 3.2 | Amended and Restated Bylaws of PACS Group, Inc. | 8-K | 001-42011 | 3.2 | 4/15/2024 | |
| 4.1 | Form of Certificate of Common Stock | S-1/A | 333-277893 | 4.1 | 4/8/2024 | |
| 10.1 | Form of Indemnification Agreement between PACS Group, Inc. and its directors and officers | S-1 | 333-277893 | 10.2 | 3/13/2024 | |
| 10.2 | Registration Rights Agreement by and between PACS Group, Inc. and certain securityholders of PACS Group, Inc., dated as of April 10, 2024 | 8-K | 001-42011 | 10.1 | 4/15/2024 | |
| 10.3 | Stockholders Agreement by and between PACS Group, Inc. and certain securityholders of PACS Group, Inc., dated as of April 10, 2024 | 8-K | 001-42011 | 10.2 | 4/15/2024 | |
| 10.4# | PACS Group, Inc. Non-Employee Director Compensation Program | S-1/A | 333-277893 | 10.3 | 4/1/2024 | |
| 10.5# | PACS Group, Inc. 2024 Incentive Award Plan | S-8 | 333-277893 | 99.1 | 4/11/2024 | |
| 10.6# | Form of Stock Option Agreement under PACS Group, Inc. 2024 Incentive Award Plan | S-8 | 333-277893 | 99.2 | 4/11/2024 | |
| 10.7# | Form of Restricted Stock Unit Agreement under PACS Group, Inc. 2024 Incentive Award Plan | S-8 | 333-277893 | 99.3 | 4/11/2024 | |
| 10.8# | Form of Restricted Stock Unit Award Agreement (Executive IPO Awards) under PACS Group, Inc. 2024 Incentive Award Plan | S-8 | 333-277893 | 99.4 | 4/11/2024 | |
| 10.9# | PACS Group, Inc. 2024 Employee Stock Purchase Plan | S-8 | 333-277893 | 99.5 | 4/11/2024 | |
| 10.10# | Providence Administrative Consulting Services, Inc. Nonqualified Deferred Compensation Plan | 10-Q | 001-42011 | 10.10 | 5/13/2024 | |
| 10.11# | PACS Group, Inc. Executive Severance Plan | 10-Q | 001-42011 | 10.11 | 5/13/2024 | |
| 31.1 | Rule 13a-14(a)/15d-14(a) Certification of Chief Executive Officer | | | | | * |
| 31.2 | Rule 13a-14(a)/15d-14(a) Certification of Chief Financial Officer | | | | | * |
| 32.1 | Section 1350 Certification of Chief Executive Officer | 10-Q | 001-42011 | 32.1 | 5/13/2024 | |
| 32.2 | Section 1350 Certification of Chief Financial Officer | 10-Q | 001-42011 | 32.2 | 5/13/2024 | |
| 101.INS | Inline XBRL Instance Document | | | | | * |
| 101.SCH | Inline XBRL Taxonomy Extension Schema Document | | | | | * |
| 101.CAL | Inline XBRL Taxonomy Extension Calculation Linkbase Document | | | | | * |
| 101.DEF | Inline XBRL Taxonomy Extension Definition Linkbase Document | | | | | * |
| 101.LAB | Inline XBRL Taxonomy Extension Label Linkbase Document | | | | | * |

1

| 101.PRE | Inline XBRL Taxonomy Extension Presentation Linkbase Document | * |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document) | * |

_____

\* Filed herewith.

\# Indicates management contract or compensatory plan.

2

**SIGNATURES**

Pursuant to the requirements of the Securities Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**PACS GROUP, INC.**

Date: May 21, 2024

By:  /s/ Jason Murray

Jason Murray
Director, Chairman and Chief Executive Officer
*(Principal Executive Officer)*

Date: May 21, 2024

By:  /s/ Derick Apt

Derick Apt
Chief Financial Officer
*(Principal Financial Officer)*

3