# EXHIBIT 8

As filed with the U.S. Securities and Exchange Commission on September 3, 2024.

Registration No. 333-

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## FORM S-1
## REGISTRATION STATEMENT
*Under The Securities Act of 1933*

# PACS Group, Inc.

**(Exact name of registrant as specified in its charter)**

| Delaware | 8051 | 92-3144268 |
|---|---|---|
| **(State or other jurisdiction of incorporation or organization)** | **(Primary Standard Industrial Classification Code Number)** | **(I.R.S. Employer Identification No.)** |

**262 N. University Ave.**
**Farmington, Utah 84025**
**(801) 447-9829**
**(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)**

**Jason Murray**
**Chief Executive Officer**
**PACS Group, Inc.**
**262 N. University Ave.**
**Farmington, Utah 84025**
**(801) 447-9829**
**(Name, address, including zip code, and telephone number, including area code, of agent for service)**

*Copies to:*

| B. Shayne Kennedy | John Mitchell | Benjamin K. Marsh |
|---|---|---|
| J. Ross McAloon | Chief Legal Officer and General Counsel | Adam V. Johnson |
| Latham & Watkins LLP | 262 N. University Ave. | Goodwin Procter LLP |
| 650 Town Center Drive, 20th Floor | Farmington, Utah 84025 | The New York Times Building |
| Costa Mesa, CA 92626 | (801) 447-9829 | 620 Eighth Avenue |
| (714) 540-1235 | | New York, NY 10018 |
| | | (212) 813-8800 |

**Approximate date of commencement of proposed sale to the public:** As soon as practicable after the effective date of this Registration Statement.

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box. ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | ☐ | Accelerated filer | ☐ |
|---|---|---|---|
| Non-accelerated filer | ☒ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☐

**The registrant hereby amends this Registration Statement on such date or dates as may be necessary to delay its effective date until the registrant shall file a further amendment which specifically states that this Registration Statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933 or until the Registration Statement shall become effective on such date as the Commission, acting pursuant to said Section 8(a), may determine.**

Table of Contents

## SIGNATURES

Pursuant to the requirements of the Securities Act of 1933, as amended, the registrant has duly caused this Registration Statement on Form S-1 to be signed on its behalf by the undersigned, thereunto duly authorized, in the City of Farmington, State of Utah, on September 3, 2024.

**PACS GROUP, INC.**

By:     /s/ Jason Murray
_____
Jason Murray
Chief Executive Officer

## SIGNATURES AND POWER OF ATTORNEY

We, the undersigned officers and directors of PACS Group, Inc., hereby severally constitute and appoint Jason Murray, Derick Apt and John Mitchell, and each of them singly (with full power to each of them to act alone), our true and lawful attorneys-in-fact and agents, with full power of substitution and re-substitution in each of them for him or her and in his or her name, place and stead, and in any and all capacities, to sign any and all amendments (including post-effective amendments) to this registration statement (or any other registration statement for the same offering that is to be effective upon filing pursuant to Rule 462(b) under the Securities Act of 1933, as amended), and to file the same, with all exhibits thereto and other documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorneys-in-fact and agents, and each of them, full power and authority to do and perform each and every act and thing requisite or necessary to be done in and about the premises, as full to all intents and purposes as he or she might or could do in person, hereby ratifying and confirming all that said attorneys-in-fact and agents or any of them, or their or his or her substitute or substitutes, may lawfully do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Act of 1933, as amended, this registration statement on Form S-1 has been signed by the following persons in the capacities held on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ Jason Murray<br>Jason Murray | Director, Co-Founder, Chairman and Chief Executive Officer<br>(*Principal Executive Officer*) | September 3, 2024 |
| /s/ Derick Apt<br>Derick Apt | Chief Financial Officer<br>(*Principal Financial Officer*) | September 3, 2024 |
| /s/ Michelle Lewis<br>Michelle Lewis | Chief Accounting Officer<br>(*Principal Accounting Officer*) | September 3, 2024 |
| /s/ Mark Hancock<br>Mark Hancock | Director, Co-Founder and Executive Vice Chairman | September 3, 2024 |
| /s/ Jacqueline Millard<br>Jacqueline Millard | Director | September 3, 2024 |
| /s/ Taylor Leavitt<br>Taylor Leavitt | Director | September 3, 2024 |
| /s/ Evelyn Dislaver<br>Evelyn Dislaver | Director | September 3, 2024 |

II-7