**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHRISTOPHER MANCHIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PACS GROUP, INC., JASON MURRAY, DERICK APT, MARK HANCOCK, JACQUELINE MILLARD, TAYLOR LEAVITT, CITIGROUP GLOBAL MARKETS INC., J.P. MORGAN SECURITIES LLC, TRUIST SECURITIES, INC., RBC CAPITAL MARKETS, LLC, GOLDMAN SACHS & CO. LLC, STEPHENS INC., KEYBANC CAPITAL MARKETS INC., OPPENHEIMER & CO. INC., and REGIONS SECURITIES LLC,<br><br>Defendants. | Civil Action No. 1:24-cv-08636<br><br>**ORAL ARGUMENT REQUESTED** |

**DECLARATION OF DERICK APT**
**IN SUPPORT OF MOTION TO TRANSFER VENUE**

I, Derick Apt, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am the Chief Financial Officer ("CFO") for PACS Group, Inc. I have been with PACS Group since 2018 and served as CFO since 2024. I make this declaration based on personal knowledge.

2. PACS Group, Inc. is a holding company with operating subsidiaries (collectively, "PACS") that operate hundreds of skilled nursing and senior living facilities in 17 different states.

3. The majority of the facilities that PACS operates are located in the western United States. PACS does not operate any facilities in New York.

4. PACS's headquarters is located at Farmington, Utah.

1

5.    PACS does not maintain corporate offices in any other state besides Utah. 230 PACS employees work from its corporate headquarters in Utah. PACS's executive officers maintain offices at corporate headquarters, and most of PACS's high-level employees, and the substantial majority of its accounting, legal, communications, and investor relations personnel, also work out of its Utah headquarters.  I am not aware of any PACS employees who live or work in New York.

6.    I split my time between Utah and Idaho, and I frequently work out of the Farmington office.  At the time of the events alleged in the lawsuit, I resided and worked in Utah full-time.

7.    I understand that the complaints against PACS in this action concern statements made in Securities and Exchange Commission ("SEC") filings, including registration statements filed in connection with PACS's initial public offering ("IPO") and secondary public offering ("SPO"), investor presentations, and press releases.

8.    All of the statements challenged in the complaints were prepared, drafted, and/or issued from our Utah headquarters.

9.    The PACS employees who had a role in drafting and distributing the statements in the SEC filings, press releases, and investor presentations challenged in the complaints in this matter, as well as the PACS officers who spoke on the earnings calls cited in the complaint, all resided in Utah at the time the statements were made, and all worked at PACS's corporate headquarters in Utah. All continue to reside in Utah full time or, in my case, part time.

10.    I also understand that, in addition to myself, a number of PACS executives and directors have also been named as defendants: Co-Founder, CEO, and Chairman Jason Murray;

Co-Founder and Executive Vice Chairman Mark Hancock, Chief Accounting Officer Michelle Lewis, and directors Jacqueline Millard, Taylor Leavitt, and Evelyn Dilsaver.

11. Mr. Murray, Mr. Hancock, Ms. Lewis, Ms. Millard, and Mr. Leavitt all reside in Utah. Ms. Dilsaver lives in Arizona.

12. The individual defendants who are PACS officers—Mr. Murray, Mr. Hancock, Ms. Lewis, and myself—all maintain offices at PACS headquarters and perform a substantial portion of our corporate duties from Utah.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on March 28, 2025, in Sun Valley, Idaho.

Derick Apt