SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK, NY 10001
————
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-4132
DIRECT FAX
(917) 777-4132
EMAIL ADDRESS
SUSAN.SALTZSTEIN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
————
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
————
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

March 28, 2025

**BY ECF**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, NY 10007

> RE:  *Manchin v. PACS Group, Inc., et al.*, 1:24-cv-08636 (LJL)

Dear Judge Liman:

We respectfully write on behalf of Defendants Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Truist Securities, Inc., RBC Capital Markets, LLC, Goldman Sachs & Co. LLC, Stephens Inc., KeyBanc Capital Markets Inc., Oppenheimer & Co. Inc., Regions Securities LLC, and UBS Securities, LLC (collectively, "Underwriter Defendants"). The Underwriter Defendants join the Motion to Transfer to the United States District Court for the District of Utah (ECF Dkt. No. 47) filed by Defendants PACS Group, Inc., Jason Murray, Derick Apt, Mark Hancock, Michelle Lewis, Jacqueline Millard, Taylor Leavitt, and Evelyn Dilsaver.

We are available at the Court's convenience should any additional information be necessary or helpful.

Respectfully submitted,

*/s/ Susan L. Saltzstein*

cc:    Counsel of Record (by ECF)