**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHRISTOPHER MANCHIN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PACS GROUP, INC., JASON MURRAY, DERICK APT, MARK HANCOCK, JACQUELINE MILLARD, TAYLOR LEAVITT, CITIGROUP GLOBAL MARKETS INC., J.P. MORGAN SECURITIES LLC, TRUIST SECURITIES, INC., RBC CAPITAL MARKETS, LLC, GOLDMAN SACHS & CO. LLC, STEPHENS INC., KEYBANC CAPITAL MARKETS INC., OPPENHEIMER & CO. INC., and REGIONS SECURITIES LLC, <br><br> Defendants. | Civil Action No. 1:24-cv-08636-LJL-SLC <br><br> **DECLARATION OF ALFRED L. FATALE III IN SUPPORT OF LEAD PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE** |

I, ALFRED L. FATALE III, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1.      I am a member of the Bar of this Court and a Partner of Labaton Keller Sucharow LLP ("Labaton"), Lead Counsel for Lead Plaintiff 1199SEIU Health Care Employees Pension Fund and the proposed class.

2.      I submit this declaration in support of Lead Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Transfer Venue.

3.      Attached hereto as **Exhibit A** is a true and accurate copy of *PACS Group: How To Become A Billionaire In The Skilled Nursing Industry By Systematically Scamming Taxpayers*, published by Hindenburg Research on November 4, 2024 and incorporated by reference in the Complaint filed in this action.

1

4.      Attached hereto as **Exhibit B** is a true and accurate copy of the *COVID-19 Emergency Declaration Blanket Waivers for Health Care Providers*, published by the Center for Medicare & Medicaid Services on March 13, 2020.

5.      Attached hereto as **Exhibit C** is a true and accurate copy of *3-Day Stay and Benefit-Period Waivers for Medicare Part A SNF PPS*, published by the American Health Care Association.

6.      Attached hereto as **Exhibit D** is a true and accurate copy of the Declaration of Suzanne Metzger, dated April 17, 2025.

7.      Attached hereto as **Exhibit E** is a true and accurate copy of the April 1, 2024 IPO Underwriting Agreement between PACS Group, Inc. and the Underwriter Defendants.

8.      Attached hereto as **Exhibit F** is a true and accurate copy of the September 3, 2024 SPO Underwriting Agreement between PACS Group, Inc. and the Underwriter Defendants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on April 18, 2025.

*/s/ Alfred L. Fatale III*

2