# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHRISTOPHER MANCHIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PACS GROUP, INC., JASON MURRAY, DERICK APT, MARK HANCOCK, JACQUELINE MILLARD, TAYLOR LEAVITT, CITIGROUP GLOBAL MARKETS INC., J.P. MORGAN SECURITIES LLC, TRUIST SECURITIES, INC., RBC CAPITAL MARKETS, LLC, GOLDMAN SACHS & CO. LLC, STEPHENS INC., KEYBANC CAPITAL MARKETS INC., OPPENHEIMER & CO. INC., and REGIONS SECURITIES LLC,<br><br>Defendants. | Civil Action No. 1:24-cv-08636 (LJL)<br><br>**DECLARATION OF SUZANNE METZGER IN SUPPORT OF LEAD PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE** |

I, SUZANNE METZGER, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1.      I am General Counsel of 1199SEIU Health Care Employees Pension Fund (the "Pension Fund"), Lead Plaintiff in this action.

2.      I submit this declaration in support of Lead Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Transfer Venue.

3.      The Pension Fund has always been headquartered in New York, and is currently headquartered in New York at 498 Seventh Ave, New York, NY 10018.

4.      There are seven satellite offices for the Pension Fund:

   a.  1199SEIU Funds Bronx, 2501 Grand Concourse, Bronx, NY 10468;

   b.  1199SEIU Funds Brooklyn, 25 Elm Place, Brooklyn, NY 11201;

c. 1199SEIU Funds Queens, 97-30 64th Road, Rego Park, NY 11374;

d. 1199SEIU Funds Staten Island, 790 Port Richmond Avenue, Staten Island, NY 10302;

e. 1199SEIU Funds Hicksville, 100 Duffy Avenue, Hicksville, NY 11801;

f. 1199SEIU Funds White Plains, 10 Bank Street, White Plains, NY 10606; and

g. 1199SEIU Funds Rochester, 259 Monroe Avenue, Suite 220, Rochester, NY 14607.

5. The Pension Fund does not have any offices located outside of New York state.

6. The Pension Fund does not transact or solicit any business within the state of Utah.

7. The Pension Fund has never maintained offices in Utah. It does not and has not ever owned, used, or possessed any real property in Utah.

8. At least one of the Pension Fund's relevant investment managers, Cohen & Steers, Inc., is also in New York, and is located at 1166 Avenue of the Americas, 30th Floor, New York, NY 10036.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on April 17, 2025.

Suzanne Metzger
General Counsel
1199SEIU Health Care Employees Pension Fund