**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

CHRISTOPHER MANCHIN, Individually and on Behalf of All Others Similarly Situated,

           Plaintiff,

      v.

PACS GROUP, INC., JASON MURRAY, DERICK APT, MARK HANCOCK, JACQUELINE MILLARD, TAYLOR LEAVITT, CITIGROUP GLOBAL MARKETS INC., J.P. MORGAN SECURITIES LLC, TRUIST SECURITIES, INC., RBC CAPITAL MARKETS, LLC, GOLDMAN SACHS & CO. LLC, STEPHENS INC., KEYBANC CAPITAL MARKETS INC., OPPENHEIMER & CO. INC., and REGIONS SECURITIES LLC,

           Defendants.

---

Civil Action No. 1:24-cv-08636 (LJL)

**ORAL ARGUMENT REQUESTED**

---

**DECLARATION OF COLLEEN C. SMITH IN SUPPORT OF**
**PACS DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO TRANSFER TO**
**THE DISTRICT OF UTAH**

I, Colleen C. Smith, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a partner at Latham & Watkins LLP. I represent Defendants PACS Group, Inc. ("PACS"), Jason Murray, Derick Apt, Mark Hancock, Michelle Lewis, Jacqueline Millard, Taylor Leavitt, and Evelyn Dilsaver (collectively, "PACS Defendants") in the above-captioned consolidated case. I submit this declaration in support of PACS Defendants' Reply in Support of their Motion to Transfer to the District of Utah. I make this declaration based on my personal knowledge.

2.      Attached hereto as Exhibit 9 is a true and correct copy of a transcript from PACS's First Quarter 2024 Earnings Conference Call held on May 14, 2024.

2

3.      Attached hereto as Exhibit 10 is a true and correct copy of a transcript from PACS's

Second Quarter 2024 Earnings Conference Call held on August 12, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 25, 2025, in San Diego, California.

*/s/ Colleen C. Smith*
Colleen C. Smith
