# EXHIBIT 9

**S&P Global**
Market Intelligence

# PACS Group, Inc. NYSE:PACS
# FQ1 2024 Earnings Call Transcripts

## Tuesday, May 14, 2024 8:00 PM GMT

## S&P Global Market Intelligence Estimates

| | -FQ1 2024- | | | -FQ2 2024- | -FY 2024- | -FY 2025- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.29 | 0.34 | ▲17.24 | 0.34 | 1.37 | 1.83 |
| **Revenue (mm)** | 881.66 | 934.72 | ▲6.02 | 919.11 | 3708.14 | 4209.18 |

Currency: USD
Consensus as of May-13-2024 11:47 PM GMT



Stock Price [USD] vs. Volume [mm] with earnings surprise annotations

| - EPS NORMALIZED - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ1 2024** | 0.29 | 0.34 | ▲17.24 % |

COPYRIGHT © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Table of Contents

Call Participants ........................................................................................ 3

Presentation .............................................................................................. 4

Question and Answer ................................................................................. 8

COPYRIGHT © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

spglobal.com/marketintelligence

# Call Participants

**EXECUTIVES**

**Derick Apt**
*Chief Financial Officer*

**Jason Murray**
*Co-Founder, CEO & Chairman*

**Joshua Jergensen**
*President & COO*

**ANALYSTS**

**Benjamin Hendrix**
*RBC Capital Markets, Research Division*

**Calvin Alexander Sternick**
*JPMorgan Chase & Co, Research Division*

**David Samuel MacDonald**
*Truist Securities, Inc., Research Division*

**Jason Paul Cassorla**
*Citigroup Inc., Research Division*

**Scott J. Fidel**
*Stephens Inc., Research Division*

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Hello, and welcome to PACS Group's First Quarter 2024 Earnings Conference Call. [Operator Instructions] The call is being recorded, and a replay of the call will be available on the PACS Group's Investor Relations website about an hour after the completion of this call.

I'd now like to turn the conference over to Derick Apt, Chief Financial Officer. Please go ahead.

**Derick Apt**
*Chief Financial Officer*

Thank you, and good afternoon, everyone. Thank you for joining us for our first quarter 2024 earnings call. I'm joined today by Jason Murray, our Chairman and CEO; and Josh Jergensen, President and COO.

Before we begin the prepared remarks, we'd like to remind you that yesterday, PACS Group issued a press release announcing its first quarter 2024 results. An investor presentation was published and is available on the Investor Relations section of pacs.com. I'd also like to remind everyone that during the course of today's conference call, we will discuss certain forward-looking information. Any forward-looking statements made today are based on management's current expectations, assumptions and beliefs about our business and the environment in which we operate. These statements are subject to risks and uncertainties that could cause actual results to materially differ from those expressed or implied on today's call.

In addition to any risk highlighted during this call, you should carefully consider other important risk factors and disclosures that may affect PACS Group's future results as described in our quarterly report on Form 10-Q for the period ended March 31, 2024, and our other reports filed with or furnished to the SEC. Listeners should not place undue reliance on forward-looking statements and are encouraged to review our SEC filings for a more complete discussion of factors that could impact our results. Except as required by federal securities law, PACS Group and its affiliates do not undertake to publicly update or revise any forward-looking statements where changes arise as a result of new information, future events, changing circumstances or for any other reason.

Information discussed on this call concerning PACS Group's industry, competitive position and the markets in which we operate is based on information from independent industry and research organizations. Other third-party sources and management estimates, which are derived from publicly available information, released by independent industry analysts and other third-party sources as well as data from PAC Group's internal research and are based on reasonable assumptions and computations made upon reviewing such data. and our experience and knowledge of our industry and markets. By definition, assumptions are subject to uncertainties and risks, which could cause results to differ materially from those expressed in the estimates.

During this call, we will discuss certain non-GAAP financial measures, including adjusted EBITDA and adjusted EBITDAR. These non-GAAP financial measures should be considered as a supplement to and not a substitute for measures period in accordance with GAAP. For a reconciliation of non-GAAP financial measures discussed during this call to the most directly comparable GAAP measures, please refer to the earnings release and the appendix included in the investor presentation which are both published and available on the Investor Relations section of PACS Group's website.

I'll now turn the call over to Jason.

**Jason Murray**
*Co-Founder, CEO & Chairman*

Yes. Thanks, Derick, and thank you all for attending. As many of you are aware, this is our first earnings call. We are very appreciative of those who have trusted in us and in our ability to execute on our mission

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

as a company. We believe strongly in and are committed to our mission of delivering better post-acute clinical care across the country.

We recognize the honor and privilege it is to take care of America's most vulnerable, and we take that responsibility very seriously. We're proud of the work our 34,000 employees across the country provide each day and we're inspired by their commitment to quality and excellence. They are the foundation of our success. We had a very strong quarter, both clinically and financially, thanks to the hard work of our teams around the country. Our local leaders remain laser focused on our clinical measures and clinical outcomes, which have helped drive our overall performance.

I'd like to share just a couple of quick anecdotes that illustrate our facility's dedication to quality. First, in March of this year, our Santa Rosa Post-Acute facility in California, had its first annual survey since early in the pandemic. They passed with 0 regulatory deficiencies and a follow-up CMS survey confirmed those remarkable results.

Additionally, Presidential Post-Acute at Marion, Ohio has now had 3 annual surveys in a row without a single deficiency and has gone almost 5 years with only 1 survey deficiency. As some of you may know, a 0 deficiency annual survey is a relatively rare achievement. And it's a testament to a lot of hard work and commitment by the staff. So we're very proud of the staff of Santa Rosa and Presidential and for the dedication they have to their residents. And so these are just a few of many examples throughout our company that points to the commitment of our teams to patient safety, clinical excellence and operational integrity.

Clinically, our teams continue to excel in caring for their residents. This is illustrated by 158 in of our skilled nursing facilities having achieved a 4- or 5-star CMS quality measure rating. Our facilities and teams are always committed to working towards a 5-star quality rating. This kind of effort is the most important factor in our financial strength and revenue growth year-over-year of 32% or $226.5 million.

Our revenue was driven higher by several factors when compared with the same quarter last year. In addition to increasing occupancy, we also saw revenue per patient day increases. For example, our average daily Medicare rates increased by 11% for the 3 months ended March 31, 2024 compared to the first quarter of 2023. And our average Medicaid rates over the same time period increased 5.3% due to state reimbursement increases and our participation in supplemental Medicaid payment and quality improvement programs.

Both increases come from our efforts to keep healthcare local by recognizing and serving patients acuity needs locally. This also allows us to properly meet the continuing shift of higher acuity patients being discharged from acute care settings into skilled nursing facilities. Outlook for continued growth remains strong, with a robust acquisition pipeline and continued improvement both clinically and financially in the operations we've recently acquired.

As many of you know, the demographics remain strong for increased demand for skilled nursing care across the country. We'll continue to seek out the right facilities in the right markets for acquisition to expand our operational reach. And skilled nursing represent -- skilled nursing care represents approximately 43% of total CMS spending on post-acute care, and we're confident we can continue to play a vital role in our country's healthcare continuum.

So next, as we turn to the CMS new minimum staffing rule. We support CMS's intent to enhance quality care for its seniors as it aligns directly with our mission as a company to provide better clinical outcomes to our patients across the country. However, we do share the sentiment as many in the industry that the rule in its current form presents a number of significant challenges to the industry, particularly for the many smaller providers who make up the majority of the nursing homes in our country.

The way we see it, there are 2 major hurdles with the current staffing mandate that need to be overcome. First, there's a significant lack of caregivers to fulfill the workforce shortage within the skilled nursing sector. Data shows almost 250,000 nursing home workers left the industry during the pandemic. And while some have returned, the industry is still about 125,000 workers short. Second, without additional funding, the mandate will impose significant cost burden, which many providers will be unable to shoulder.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

In light of the legislative and other opposition to the new rule, we can't predict whether the new staffing requirements will, in fact, ultimately take effect in their current form. However, our operating teams are planning for and taking the necessary steps to prepare. Keep in mind that the new minimum requirements are scheduled to take effect 2 to 3 years from now.

So with that said, assuming the new rule, is ultimately implemented in its current form, we believe we are in a good position as a company to adapt to the requirements. Due to our operating model and caring for so many higher acuity patients, the majority of our facility staff over the 3.48 nursing hours per patient day, which is a key metric adopted by CMS in the new rule. It's also worth noting that currently a significant number of our operations are in California, where existing minimum staffing requirements are in many ways already similar to the new federal rules.

Turning to growth prospects. We are continually evaluating new markets where we feel our model will add value to the local health care system. Our leadership model allows us to be nimble and ensure we're prepared to flex and adapt in order to support expansion in existing and new markets while maintaining sound clinical care and business performance.

To support future growth, we continue to focus efforts on our robust Administrator-in-Training program, where we have a pool of talent ready to take on leadership roles at new facilities quickly. The AIT program's success includes roughly 200 PACS AITs hired since our founding, with 157 of those still employed with us, in-licensed administrator or other leadership positions, a retention rate of about 75%, which we're very proud of. And we currently, at the moment, have 35 AITs in our program to help facilitate further strengthening existing facilities and to support our growth.

So in addition to training new leaders, the PACS leadership model allows our local leaders to make operational decisions as close to our patients and employees as possible, which is ultimately better for the residents and the communities in which they live. With support from PACS Services, our back-office clinical compliance and business support team, our teams are able to stay laser-focused on providing quality clinical care while creating a culture that attracts the best employees to our sector.

And PACS use several technology and data-enabled resources that allow our clinicians and administrators to make decisions more quickly, with a higher positive impact on our patient care. The real-time data guides our local teams to prioritize factors that, in the end, lead to more consistent clinical outcomes and better financial performance.

So as we've been able to focus on improving key clinical and operational metrics, our overall CMS Star Rating has improved across the portfolio and readmissions back to the hospitals have declined. This has resulted in our ability to attract and care for higher acuity patients, which is reflected in our average skilled mix of 32.5% in our mature facilities in Q1 of 2024.

So we look forward to the rest of 2024, the improvements we have planned and the growth opportunities that we see. The quality of our people helps ensure we stay in a strong business position moving forward.

With that, I'll turn the call back over to Derick to cover our financial highlights for the quarter.

**Derick Apt**
*Chief Financial Officer*

Thank you, Jason, and thanks to our teams for ensuring we meet our mission of excellence in serving our patients, residents and the communities with where they operate.

Since the close of the first quarter on March 31, we successfully completed our IPO, which resulted in net proceeds of $423 million. Here are a few financial highlights for the quarter. We had $934.7 million of revenue for the 3 months ended March 31, 2024, a 31.9% increase over prior year period. Adjusted EBITDAR was $152.5 million, and adjusted EBITDA was $88.5 million, respectively, for the 3 months ended March 31, 2024. And last, our earnings per share for the quarter was $0.38, which showed an increase of 31% over the prior year on $49.1 million of net income for the 3 months ended March 31, 2024.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**PACS GROUP, INC. FQ1 2024 EARNINGS CALL | MAY 14, 2024**

Our total facilities occupancy was 91.1% during the first quarter of 2024 compared to an industry average of 78.4%. Specifically, our Ramping and Mature facilities occupancy increased 1.8% and 1.4%, respectively, over the prior year quarter, while our new facilities ended the quarter with 83.3% occupancy. Historically, this occupancy improves to 90-plus percent during the first 3 years of PACS' operations.

We attribute our revenue growth to adding 5,194 beds to the company over the past year, which represents 35.3% increase in patient days. Additionally, we realized a meaningful improvement on our revenue per patient day over the same time period. We continued the growth of our overall bed count into the first quarter of this year with adding 10 new operations. Our local teams have been making clinical improvements, which is leading to increased occupancy and stabilization of the financial performance of these facilities.

Additionally, our average Medicare revenue per patient day remained strong through Q1 at both our Ramping and Mature facilities at $969 and $938 respectively, compared to '23 where our average Medicare revenue per patient day at Ramping and Mature was 836 and 846, respectively.

Finally, we continue to execute on our strategy to acquire more real estate, adding 6 real estate assets to our portfolio in the first quarter. In connection with our real estate acquisitions in the quarter, we added $39.8 million to our total long-term debt during the 3 months ended March 31. Of the $39.8 million, $34.7 million was assumption of HUD mortgages as part of one of our acquisitions in Missouri, which included 3 facilities. The mortgages of interest rates ranging from 2.9% to 3.6% in terms of 24 to 26 years remaining on the mortgage.

The addition of these 3 facilities, together with our exercising 3 purchase options in the quarter, bringing our total owned facilities to 35. We currently own or have joint venture real estate interest and purchase options on 33.7% of our beds with a long-term goal of owning 50% of our portfolio. Of our facilities that we lease, we have an average of 14 years remaining on the initial term of those leases.

Now turning to guidance. We look forward to a strong 2024, and our guidance for the full year is as follows: we expect annual revenue to be between $3.65 billion and $3.75 billion. The midpoint of this is a 19% increase over 2023 revenue. And we expect adjusted EBITDA to be between $351 million and $361 million.

I'll now turn the call back over to Jason.

**Jason Murray**
*Co-Founder, CEO & Chairman*
Yes. Thanks, Derick. And with that operator, we're ready to take questions. And as a reminder to the group, we do have in the room with us, Josh Jergensen, our Chief Operating Officer. Derick and myself will be fielding questions. So with that, we'll turn it back to you, operator.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question today comes from David MacDonald of Truist.

**David Samuel MacDonald**
*Truist Securities, Inc., Research Division*

A couple of quick questions. First, just on quality. I was wondering if you could just talk quickly about how often when you guys are in contracting discussions, you're able to kind of meaningfully leverage that? You talked about readmissions back to the hospitals have declined. Any opportunity or how do you think about longer term, potentially participating in some of the improvement in quality and just kind of how you think about contracting relative to that with the payers?

**Joshua Jergensen**
*President & COO*

David, thanks for the question. This is Josh Jergensen. I'm our President and COO. Great question. For us, as we talk about often, quality really for us is the leading indicator. Care is our product. It's what we do. And we emphasize that to our teams. We're heavily invested in making sure that we're focused on some of the key metrics that we should care most about and obviously, our partners in the community care most about.

As we know, as we're looking at contracting opportunities, part of our model is to have strategic high density end markets that we serve so that we can truly be a great partner to those that are looking to find placement for their patients. And in those conversations, quality always comes up. As a part of most negotiating in those contracts, one of the key gating items is ensuring that the facility has a high enough star rating to meet the minimum of that particular health plan. That star rating is usually a 3-star overall ranking. And so that's an area that we focus on.

Rehospitalization is probably another area that they focused on most. And so as we mentioned, as we dedicate ourselves to the quality of care in the facilities that we have responsibilities in, we've seen those rehospitalization numbers go down. And that is a direct result of the coordinated care efforts that are made by our local teams, our decentralized leadership model, which we feel really shines when it comes to clinical performance.

And as we do those things, we believe there's a direct correlation to our ability to not only contract but our ability to drive census and higher occupancy rates. And so we'll continue to focus on quality, and we feel that, that ultimately will be a competitive advantage to us moving forward.

**David Samuel MacDonald**
*Truist Securities, Inc., Research Division*

And then, guys, I guess just 2 other quick ones. One, when I think about the timing around your Ramping bucket, I believe a handful of those facilities have been -- are pretty close to moving it to Mature. But just any general comments about just the strength in Ramping? I mean the numbers look really strong in the Ramping bucket.

And then I guess the second question is with regards to minimum staffing, when we think about what you guys tend to target in terms of M&A, I would think the custodial facilities are going to be a further spread away from those staffing levels. Is there any reason to think if the rule were to move forward as written that you wouldn't have likely a meaningful acceleration in the pipeline of opportunities you would seek?

**Derick Apt**
*Chief Financial Officer*

Yes, Dave. This is Derick. So on the Ramping bucket, you are right. There's quite a few in the Ramping bucket. I think it's just north of 70 facilities that are nearing the end of their time and the Ramping moving

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

to Mature. That consists of a large acquisition in California, we did in '21, the Plum acquisition. And then Additionally, we acquired a large portfolio in South Carolina around the same time. And both of those are performing exceptionally well. South Carolina portfolio, as a whole, actually has the highest occupancy in our entire portfolio.

And then additionally, as you look at the other key KPIs that we run through the cohorts, the large California Plum acquisition had quite a few buildings in higher wage index areas, which is driving that revenue PPD slightly higher for the Ramping than the Mature. But we're overall excited that those buildings are maturing faster than we historically experienced. And I think it's just a proof in the pudding for our model and our local leadership.

The second point on the minimum staffing, how it's going to affect M&A pipeline. I think Jason laid it out well, our overall thoughts from a company perspective. Look, we support it. We think it's good to provide better care to more of our seniors across the country. But there's a couple of key caveats which ultimately, I think, leads to your question, and it's the funding and the ultimate burden on those custodial care facilities that the smaller operators are going to struggle with being able to absorb.

And the way we look at it is, ultimately, I don't think we're going to shy away from looking at any building or we're going to turn down buildings if it's a long-term custodial care depending on how it's scorecards. I think we look through a scorecarding method, and we look at the overall rates at the different states. We look at the labor dynamics. And if the building still checks those boxes, even if it's long-term custodial, we believe there's always a path to deliver better quality care locally. And if we think we can evolve that model from a custodial care at a certain facility, and in a certain state, then we're still going to pursue that acquisition. Even though they might be further away on the labor side, if there's a path to get the right mix of patients and payers there, then we're going to be able to make it an attractive acquisition.

**Operator**

The next question is from Scott Fidel of Stephens.

**Scott J. Fidel**
*Stephens Inc., Research Division*

First question, just wanted to follow up on that theme that David asked about around the Ramping bucket in particular and then the New, where we did see very strong KPIs in the first quarter around that bucket, which would lead me to things that you certainly are sort of moving forward on harvesting on that embedded EBITDA opportunity of the $80 million to $100 million plus that you've talked about off of acquired facilities. Maybe along sort of that context, can you give us some visibility into, I guess, the achievement towards that target in terms of what you executed on in the first quarter? And sort of how you're thinking about continuing to execute against that target over the balance of the year?

**Derick Apt**
*Chief Financial Officer*

Yes. Great question, Scott. I think for the embedded EBITDA of $80 million to $100 million of our overall portfolio, look, we're harvesting some of that. But we also have added additional buildings already in Q1. As I mentioned, 10 facilities came on in Q1, which ultimately continues to build that embedded EBITDA. So as we look through the year for our guidance, we haven't changed the guidance. We still believe there's upside as you see in the EBITDA from the '23 to our guidance for the '24 EBITDA. And our range is still kind of holding in that $80 million to $100 million at the high end on embedded EBITDA growth from the portfolio moving forward.

**Scott J. Fidel**
*Stephens Inc., Research Division*

Okay. And then just for my follow-up question, I'll try to sort of put 2 numbers questions into it. One, just in terms of thinking about any call outs that you would want to give us around thinking about sort of trends on the EBITDA margins in terms of seasonality or other dynamics just for 2Q over the balance of the year relative to the 9.5% that you reported in the first quarter? And then similarly on operating cash

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

flow, just hoping to get some thoughts on the full year view on that. It looks like in the first quarter, you were at right around 55% EBITDA to operating cash flow conversion. Wondering if that's a good stat for us to think about modeling for the full year or whether you'd have any additional context for us there?

**Derick Apt**
*Chief Financial Officer*

Yes, certainly. Thanks, Scott. Two great questions. I think both of them, from my perspective, specifically tie back to M&A. Last year, we saw a little compression in our margin from '22. And ultimately, that's driven from the acquisitions and last year in '23 being a little lumpier acquisition. As we think of seasonality through this year, we don't anticipate any margin compression with seasonality. Historically, as you've seen in our financials, we don't see much seasonality in overall occupancy. Skilled mix does vary seasonality, and that's ultimately due to respiratory in more skilled patients maybe coming in with respiratory issues, whether that's influenza or COVID as we had it. But ultimately, those seasonality things we don't anticipate.

Ultimately, what drives the margin impression and expansion is the growth and in the maturing of the facilities. And that really dovetails in further to your question on the free cash flow. And ultimately, with Q1, the free cash flow what was strong from our perspective and then growing, and that's really from growing and maturing the new buildings that we had brought on last year. Free cash flow takes a hit when you ultimately acquire in the type of transactions that we do because there's a little bit of delay in collecting that cash flow from the operations.

But as we say, slow growth or there's not lumpy acquisitions, that free cash flow is going to continue to expand as the margin expands. And so as we look through the year, I don't have anything to point to that says that, that free cash flow is not going to stay steady to expand.

**Operator**

The next question comes from Ben Hendrix of RBC Capital Markets.

**Benjamin Hendrix**
*RBC Capital Markets, Research Division*

Congratulations, guys. Just wanted to get a little commentary on 11% in Medicare Advantage growth. You guys mentioned a number of drivers already. But I just wanted to kind of think about that 11% in the -- breaking that up among skilled mix increases. Was it or was there a component of it that had to do with contracting specifically or addition of new facilities that kind of contributed to that 11%? Just want to get the building blocks.

**Joshua Jergensen**
*President & COO*

Yes. Thanks for the question. This is Josh again. This is always a focus of ours. I touched on quality a little bit in contracting in general. But this is an area where we feel, again, our model shines. As we invest specifically on the care, the efforts and the systems that we put in place, adding quality personnel, we believe our facilities become more equipped to take a more clinically acute patient.

And as Jason referenced in his comments that he made, the acuity is being pushed from the acute care hospital down to providers so long as they can take care of those patients and do it well. They can reduce rehospitalizations, they can ensure that they care that those patients need ultimately is met. And that's where we feel we -- our model is such that it allows us to run a higher skilled mix and higher acuity.

There is some seasonality, as Derick mentioned, that happens during specific times that allows us to run a higher skilled mix as more patients are in the acute setting and needing post-acute discharge to continue their care. And so there is an element of that but continue to make efforts and see a lot of substantial progress both in additional contracts and improved rates in the contract because of the quality metrics that we have across the organization.

**Benjamin Hendrix**

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

*RBC Capital Markets, Research Division*

Great. And just my last one on guidance, the EBITDA guidance. Can you talk about the swing factors that get you from the low end to the high end? And what considerations we should be thinking about in how you set your range?

**Derick Apt**
*Chief Financial Officer*

Yes. Certainly, that's a great question, Ben. The biggest factors ultimately come back to -- we just grew by 10% for the year. and seeing how those start maturing, if they're going to be additive to the bottom line or if they follow a similar trend in the first 12 to 18 months of low EBITDA margins. And the range there is really ultimately set if they follow some of our stronger maturing facilities, then we're going to push to the high end of the range versus being at the low end of the range as it comes to the newest acquisitions that we folded into the portfolio.

**Operator**

The next question comes from Jason Cassorla of Citi.

**Jason Paul Cassorla**
*Citigroup Inc., Research Division*

Great. Congrats on the quarter. Maybe just on occupancy, obviously, a strong result in the quarter Mature and Ramping cohorts covering around 95%, and there's some seasonality to consider, but maybe can you just help frame the sustainability of occupancy in those at those mid-90s levels? And then just for the new cohort, how should we think about the occupancy upside for those facilities at this point, I guess, relative to 24 guide? Or you noted in your prepared remarks a target of over 90% over time but I'm just curious on the timing of that trajectory to get there?

**Joshua Jergensen**
*President & COO*

Yes, we acknowledge Q1 was strong from an occupancy percentage, and I feel like I continue to re-harp on some of the same things, but for us, we truly believe that to be the best partners for hospitals and discharge planners for the communities that we serve, we have to have ultimately great quality outcomes. And we feel that, that is the leading indicator to our ability to run high occupancy numbers. Derick referenced this already, but when it comes to seasonality, which naturally we felt some of that in Q1, and we'll see as that varies throughout. We haven't seen major changes in our occupancy.

And again, this is where our model as our teams that are so locally based and able to make decisions locally for what's best for their communities can adopt and be nimble to ensure that occupancy, even during that seasonality doesn't decrease. And so we feel very confident in that model and our ability to continue to maintain strong occupancy as we head through the remainder of '24.

One of the things that you did acknowledge kind of moving on to the second part of that is the new cohort. When we take over facilities, they're generally underperforming or distress their ability to run a care model similar to ours, where they feel comfortable to be able to take a more clinically acute patient. And another main factor in that is their ability to staff their buildings appropriately and recruit and retain staff to take care of their patients, limits their ability to run occupancy or skilled numbers similar to ours.

As we go into these facilities, the first item of business for us is to make sure that we have the right people in the right places and make sure that there's good care systems in place so that we can be a good provider in the community. That takes time. And that's exactly why you see these cohorts grouped into New and Ramping and Mature. It's no surprise to us, and I'm sure not to you that these new facilities run a lower occupancy and lower skilled mix.

We believe as we continue to move forward and with time and our leadership model and our care model are deployed, we feel that there's a lot of opportunities for these new facilities to move and trend towards Ramping and Mature historical occupancy and skilled mix numbers.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Jason Paul Cassorla**
*Citigroup Inc., Research Division*

Okay. Great. And maybe just as a follow-up, I wanted to ask about kind of the recent developments in California. It's looking to implement healthcare spending cap. I think it's 3.5% for '25 and '26. It sounds like there's more detail and clarity from the state that's coming but I guess just any thoughts on the announcement? Perhaps if you see this as an opportunity to drive your value proposition further in the state? Or how you're thinking about like the developments there around the spending caps and your positioning?

**Joshua Jergensen**
*President & COO*

Yes. Again, Josh here. California, as you know, we have a large presence in the state. There's a number of things that get discussed in any state in which we operate, and healthcare is always a key component of those discussions. And there's a number of different things that are discussed that could or could not potentially impact our space. I mean, you see that when it comes to budgets or other sorts of things that we keep a close eye on.

Again, we kind of returned and we don't want to generalize the concept, but we have a very strong presence. We have great leadership. We have great clinical outcomes in the state of California. And we believe that regardless of the various changes that may come up we feel we're well positioned in the state because of our density, our ability to contract with key providers that give us access to taking more patients.

We believe, again, with that -- with the strength in the State of California and our quality outcomes, that the ability to kind of weather any different changes that are made in the reimbursement environment are such that that's why we've been able to continue to have that success. So we continue to stay close to the changes that are proposed and may be proposed. And as we do that, we again feel that we're well positioned in the state to adapt and to continue to have success in that state.

**Operator**

The next question is from Cal Sternick of JPMorgan.

**Calvin Alexander Sternick**
*JPMorgan Chase & Co, Research Division*

Congrats on the quarter. Wanted to get your thoughts on the rate environment, specifically the preliminary Medicare notice, just how that compared versus your initial expectations and, I guess, versus what you have built into the model? And then same question on Medicaid, just anything to call out in terms of what you're seeing in terms of rates in the states?

**Joshua Jergensen**
*President & COO*

Yes. Great question, Cal. And I appreciate. So what we have -- the Medicare rate that came out is overall higher than we had in our model. Partly a slight uptick on that rate announcement helps to push to the higher end of our guidance. That's one point. The other point to bring up on the rate environment is we've seen healthy increases from most Medicaid programs that we operate in those states. And we're also seeing some continued strength, specifically in one of our states out East has an announcement that the rate is going up July 1.

And so we think there's potential upside more for a stronger rate environment versus what we had modeled because typically, we model to the long-term average on the rate increases. In long-term average, we look back 10 to 15 years by state and by the federal to make sure that as we roll forward and also in the M&A pipeline, we're not overpromising what the potential rate would grow to.

**Operator**

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

That concludes today's question-and-answer session. I'd like to turn the call back to Jason Murray for closing remarks.

**Jason Murray**
*Co-Founder, CEO & Chairman*

Yes. Thank you, operator. And again, thanks to everyone for taking the time to join us today. We hope this was helpful, and have a great rest of your day.

**Operator**
This concludes today's conference. Thank you for participating. You may now disconnect.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2024 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2024 S&P Global Market Intelligence.