**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHRISTOPHER MANCHIN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PACS GROUP, INC., JASON MURRAY, DERICK APT, MARK HANCOCK, JACQUELINE MILLARD, TAYLOR LEAVITT, CITIGROUP GLOBAL MARKETS INC., J.P. MORGAN SECURITIES LLC, TRUIST SECURITIES, INC., RBC CAPITAL MARKETS, LLC, GOLDMAN SACHS & CO. LLC, STEPHENS INC., KEYBANC CAPITAL MARKETS INC., OPPENHEIMER & CO. INC., and REGIONS SECURITIES LLC<br><br>Defendants | Case No. 24-cv-8636 (LJL) |

**MOTION TO WITHDRAW COUNSEL PURSUANT TO LOCAL RULE 1.4**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, pursuant to Local Rule 1.4, Plaintiff Christopher Manchin hereby respectfully moves this Court for an Order permitting withdrawal of appearance of Gregory B. Linkh and Rebecca B. Dawson in the above-captioned consolidated action. On February 11, 2025, the Court appointed 199SEIU Health Care Employees Pension Fund (the "Pension Fund") as Lead Plaintiff and Labaton Keller Sucharow LLP as class counsel. *See* ECF No. 39. Mr. Manchin will not be a named plaintiff in the Pension Fund's forthcoming consolidated complaint. *See generally* ECF No. 46. Therefore, Mr. Manchin has no further role in this case and consents to the withdrawal of Mr. Linkh and Ms. Dawson, without waiving his right to participate and recover as a class member in this litigation. Neither attorney is asserting a retaining or charging lien.

1

Accordingly, Mr. Linkh and Ms. Dawson request that their withdrawal as counsel be granted and

that they be removed from this action's electronic case filing (ECF) service list.

Respectfully submitted,

Dated: May 28, 2025

**GLANCY PRONGAY & MURRAY LLP**
By: */s/ Rebecca Dawson*
Gregory B. Linkh (GL-0477)
Rebecca Dawson
230 Park Ave., Suite 358
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
glinkh@glancylaw.com
rdawson@glancylaw.com

*Counsel for Christopher Manchin*

**IT IS SO ORDERED.**

DATE: __May 29, 2025_____

HON. LEWIS J. LIMAN
United States District Judge

2