**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHRISTOPHER MANCHIN, Individually and on Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>    v.<br><br>PACS GROUP, INC., JASON MURRAY, DERICK APT, MARK HANCOCK, MICHELLE LEWIS, JAQUELINE MILLARD, TAYLOR LEAVITT, EVELYN DILSAVER, P.J. SANFORD, JOSHUA JERGENSEN, CITIGROUP GLOBAL MARKETS INC., J.P. MORGAN SECURITIES LLC, TRUIST SECURITIES, INC., RBC CAPITAL MARKETS, LLC, GOLDMAN SACHS & CO. LLC, STEPHENS INC., KEYBANC CAPITAL MARKETS INC., OPPENHEIMER & CO. INC., UBS SECURITIES, LLC, and REGIONS SECURITIES, LLC,<br><br>             Defendants. | Civil Action No. 1:24-cv-08636 (LJL) |

**DECLARATION OF COLLEEN C. SMITH
IN SUPPORT OF MOTION TO DISMISS**

I, Colleen C. Smith, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am a partner with the law firm of Latham & Watkins LLP and am counsel for Defendants PACS Group, Inc. ("PACS"), Jason Murray, Derick Apt, Mark Hancock, Michelle Lewis, Joshua Jergensen, and P.J. Sanford in the above-captioned matter.  I am a member in good standing of the bar of the State of California and have been admitted to appear as counsel *pro hac vice* in the U.S. District Court for the Southern District of New York in the above-captioned matter.

2.    I respectfully submit this declaration in support of the PACS Defendants' Motion to Dismiss the Consolidated Class Action Complaint for Violations of the Federal Securities Laws.

1

I have personal knowledge of the facts set forth herein or know of such facts from my review of the file in this case, and if called upon, could and would testify competently thereto.

3.    Attached as **Exhibit 1** is a true and correct copy of the Consolidated Class Action Complaint for Violations of the Federal Securities Laws ("Complaint"), filed in the above-captioned matter at ECF No. 63.

4.    Attached as **Exhibit 2** is an Appendix of Challenged Statements that are contained in the Complaint.

5.    Attached as **Exhibit 3** is a true and correct copy of the Rule 424(b)(4) prospectus for the initial public offering of common stock of PACS Group, Inc., filed with the Securities and Exchange Commission ("SEC") on April 12, 2024, that is publicly available at https://www.sec.gov/Archives/edgar/data/2001184/000162828024016052/pacs-424b4.htm.

6.    Attached as **Exhibit 4** is a true and correct copy of the Rule 424(b)(4) prospectus for a public offering of common stock of PACS Group, Inc., filed with the SEC on September 6, 2024, that is publicly available at https://www.sec.gov/Archives/edgar/data/2001184/000162828024039734/pacsfollowon424b4.htm.

7.    Attached as **Exhibit 5** is a true and correct copy of a memorandum regarding "Guidance for the Expiration of the COVID-19 Public Health Emergency (PHE)," published by the Department of Health & Human Services, Centers for Medicare & Medicaid Services ("CMS") dated May 1, 2023, that is publicly available at https://www.cms.gov/files/document/qso-23-13-all.pdf.

8.    Attached as **Exhibit 6** is a true and correct copy of an article by Zahida Siddiqi, published on the website for Skilled Nursing News, titled *Nursing Homes Face 'Sobering Reality' as PHE Ends Amid Operational, Financial Challenges*, that is publicly available at https://skilled

nursingnews.com/2023/05/nursing-homes-face-sobering-reality-as-phe-ends-amid-operational-financial-challenges/.

9. Attached as **Exhibit 7** is a true and correct copy of PACS's current report on Form 8-K, filed with the SEC on June 16, 2025, that is publicly available at https://www.sec.gov/ix?doc=/Archives/edgar/data/0002001184/000200118425000031/pacs-20250612.htm.

10. Attached as **Exhibit 8** is a true and correct copy of the Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") Section 606—Revenue from Contracts with Customers.

11. Attached as **Exhibit 9** is a true and correct copy of PACS's quarterly report on Form 10-Q for the quarter ended June 30, 2024, filed with the SEC on August 12, 2025, that is publicly available at https://www.sec.gov/ix?doc=/Archives/edgar/data/2001184/000200118424000035/pacs-20240630.htm.

12. Attached as **Exhibit 10** is a true and correct copy of an article by Hindenburg Research titled *PACS Group: How to Become a Billionaire in the Skilled Nursing Industry by Systematically Scamming Taxpayers*, dated November 4, 2024, that is publicly available at https://hindenburgresearch.com/pacs/.

13. Attached as **Exhibit 11** is a true and correct copy of an article by Hindenburg Research titled *A Personal Note From Our Founder*, dated January 15, 2025, that is publicly available at https://hindenburgresearch.com/gratitude/.

14. Attached as **Exhibit 12** is a true and correct copy of PACS's annual report on Form 10-K for the fiscal year ended December 31, 2024, filed with the SEC on November 19, 2025, that is publicly available at https://www.sec.gov/ix?doc=/Archives/edgar/data/2001184/000200118425000068/pacs-20241231.htm.

15.     Attached as **Exhibit 13** is a true and correct copy of PACS's quarterly report on Form 10-Q for the quarter ended September 30, 2024, filed with the SEC on November 19, 2025, that is publicly available at https://www.sec.gov/ix?doc=/Archives/edgar/data/0002001184/00020 0118425000067/pacs-20240930.htm.

16.     Attached as **Exhibit 14** is a true and correct copy of a graph and chart generated by Factset displaying PACS Group, Inc.'s stock prices for the period of April 11, 2024 through February 17, 2026.

17.     Attached as **Exhibit 15** is a true and correct copy of PACS's quarterly report on Form 10-Q for the quarter ended March 31, 2024, filed with the SEC on May 13, 2024, that is publicly available at https://www.sec.gov/ix?doc=/Archives/edgar/data/0002001184/0002001184 24000010/pacs-20240331.htm.

18.     Attached as **Exhibit 16** is a true and correct copy of an analyst report by Truist Securities regarding PACS Group, Inc. titled *Comments On Yesterday's Volatility/Stock Pressure*, dated November 5, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 17, 2026, in San Diego, California.

*/s/ Colleen C. Smith*
Colleen C. Smith (*pro hac vice*)

4