# Exhibit 2

*Manchin v. PACS Group, Inc.*, No. 1:24-cv-08636 (LJL) (S.D.N.Y)
**Exhibit 2: Challenged Statements**

| Stmt. No. | ¶ | Speaker / Source | Allegedly False and Misleading Statement[1] |
|---|---|---|---|
| 1 | 385 | Apr. 11, 2024 IPO Offering Documents<br><br>*Repeated in 1Q24 10-Q; 2Q24 10-Q; and SPO Offering Docs | We rely on payments from third-party payors, including Medicare, Medicaid and other governmental healthcare programs and private insurance organizations. ***If coverage or reimbursement for services are changed, reduced or eliminated, including through cost-containment efforts, spending requirements are changed, data reporting, measurement and evaluation standards are enhanced and changed, our operations, revenue and profitability could be materially and adversely affected.*** |
| 2 | 389 | Apr. 11, 2024 IPO Offering Documents<br><br>*Repeated in 1Q24 10-Q; 2Q24 10-Q; and SPO Offering Docs | We review and audit the care delivery, recordkeeping and billing processes of our operating subsidiaries. ***These reviews from time to time detect instances of noncompliance that we attempt to correct, which in some instances requires reduced or repayment of billed amounts or other costs.*** |
| 3 | 393 | Apr. 11, 2024 IPO Offering Documents<br><br>*Repeated with minor revisions to prefatory language in 1Q24 10-Q; 2Q24 10-Q; and repeated verbatim in SPO Offering Docs | We operate in a highly regulated industry with stringent regulatory compliance obligations, and are subject to extensive and complex laws and government regulations. ***If we are not operating in compliance with these laws and regulations or if these laws and regulations change, we could be required to make significant expenditures or change our operations in order to bring our facilities and operations into compliance.*** |
| 4 | 399 | Apr. 11, 2024 IPO Offering Documents<br><br>*repeated in SPO Offering Docs | Our ***significant historical growth has been primarily driven by our expertise in acquiring underperforming long-term custodial care skilled nursing facilities and transforming them into higher acuity, high value-add short-term transitional care skilled nursing facilities.*** |
| 5 | 403 | Apr. 11, 2024 IPO Offering Documents<br><br>*repeated in SPO Offering Docs | We believe our success is driven in significant part by ***our decentralized, local operating model, through which we empower local leaders at each facility to operate their facility autonomously*** and deliver excellence in clinical quality and a superior experience for our patients. |

---

[1] Emphasis in the quoted passages is the same as used in the Complaint (ECF 63), and "¶" refers to the paragraph of the Complaint.

1

| Stmt. No. | ¶ | Speaker / Source | Allegedly False and Misleading Statement[1] |
|---|---|---|---|
| 6 | 407 | Apr. 11, 2024 IPO Offering Documents  *repeated in SPO Offering Docs | ***Our rigorous approach to billing integrity, our independent internal compliance function, and our regular facility billing audits are intended to provide a foundation of trust*** and collaboration that makes us a natural choice for payors. |
| 7 | 412 | May 13, 2024 Q1 2024 Form 10-Q | (see balance sheet below) |

**PACS GROUP, INC. AND SUBSIDIARIES CONDENSED COMBINED/CONSOLIDATED BALANCE SHEETS**
*(dollars in thousands, except for share values)*

| | (*unaudited*) March 31, 2024 | December 31, 2023 |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | | |
| Cash and cash equivalents | $ 81,213 | $ 73,416 |
| Accounts receivable, net | 622,737[2] | 547,807 |
| Other receivables | 66,014 | 52,259 |
| Prepaid expenses and other current assets | 61,761 | 48,665 |
| **Total Current Assets** | 831,725 | 722,147 |
| Property and equipment, net | 660,157 | 577,528 |
| Operating lease right-of-use assets | 2,175,169 | 2,007,812 |
| Insurance subsidiary deposits and investments | 25,201 | -- |
| Escrow funds | 21,456 | 15,649 |
| Goodwill and other indefinite-lived assets | 65,291 | 65,291 |
| Other assets | 87,329 | 124,312 |
| **Total Assets** | $ 3,866,328 | $ 3,512,739 |
| **LIABILITIES AND EQUITY** | | |
| Current Liabilities: | | |
| Accounts payable | $ 157,000 | $ 140,947 |
| Accrued payroll and benefits | 143,811 | 92,234 |
| Current operating lease liabilities | 113,617 | 109,438 |
| Current maturities of long term debt | 16,837 | 16,822 |

[2] Red text indicates information that was restated.

| Stmt. No. | ¶ | Speaker / Source | Allegedly False and Misleading Statement[1] | | |
|---|---|---|---|---|---|
| | | | Current portion of accrued self-insurance liabilities | 29,210 | 27,536 |
| | | | Refund liability | -- | |
| | | | Other accrued expenses | 71,073 | 69,949 |
| | | | **Total Current Liabilities** | 531,548 | 456,926 |
| | | | Long-term operating lease liabilities | 2,123,865 | 1,961,997 |
| | | | Accrued benefits, less current portion | 6,738 | 6,738 |
| | | | Lines of credit | 537,000 | 520,000 |
| | | | Long-term debt, less current maturities, net of deferred financing fees | 230,855 | 195,708 |
| | | | Accrued self-insurance liabilities, less current portion | 154,892 | 146,167 |
| | | | Other liabilities | 147,837 | 123,477 |
| | | | **Total Liabilities** | $ 3,723,735 | $ 3,411,013 |
| | | | Commitments and contingencies (Note 11) | | |
| | | | Equity: | | |
| | | | PACS Group, Inc. stockholders' equity: | | |
| | | | Common stock – 64,361,593,000 shares authorized, $0.001 par value, 128,723,386 shares issued and outstanding as of March 31, 2024 and December 31, 2023 | 129 | 129 |
| | | | Accumulated other comprehensive income | 201 | -- |
| | | | Retained earnings | 127,661 | 95,997 |
| | | | Total stockholders' equity | 127,991 | 96,126 |
| | | | Noncontrolling interest in subsidiary | 5,602 | 5,600 |
| | | | **Total Equity** | $ 133,593 | $ 101,726 |
| | | | **Total Liabilities and Equity** | $ 3,866,328 | $ 3,512,739 |

3

| Stmt. No. | ¶ | Speaker / Source | Allegedly False and Misleading Statement[1] |
|---|---|---|---|
| 8 | 417 | May 13, 2024 Q1 2024 Form 10-Q | **PACS GROUP, INC. AND SUBSIDIARIES UNAUDITED CONDENSED COMBINED/CONSOLIDATED STATEMENTS OF INCOME AND COMPREHENSIVE INCOME** (*dollars in thousands, except for share and per share values*) |

| | Three Months Ended March 31, | |
|---|---|---|
| | **2024** | **2023** |
| **Revenue** | | |
| Patient and resident service revenue | $ 934,298 | $ 707,826 |
| Additional funding | -- | 375 |
| Other revenues | 423 | 241 |
| **Total Revenue** | $ 934,721 | $ 708,442 |
| | | |
| Operating Expenses | | |
| Cost of services | 735,992 | 538,772 |
| Rent – cost of services | 63,961 | 45,104 |
| General and administrative expense | 46,906 | 59,442 |
| Depreciation and amortization | 7,902 | 5,829 |
| **Total Operating Expenses** | $ 854,761 | $ 649,147 |
| | | |
| Operating Income | $ 79,960 | $ 59,295 |
| | | |
| Other (Expense) Income | | |
| Interest expense | (15,391) | (10,636) |
| Gain on lease termination | 8,046 | -- |
| Other income, net | 440 | 440 |
| **Total Other Expense, net** | $ (6,905) | $ (10,196) |
| | | |
| Income before provision of income taxes | 73,055 | 49,099 |
| Provision for income taxes | (23,915) | (11,501) |
| | | |
| **Net Income** | $ 49,140 | $ 37,598 |
| Less: | | |
| Net income attributable to noncontrolling interest | 2 | 1 |

4

| Stmt. No. | ¶ | Speaker / Source | Allegedly False and Misleading Statement[1] | | | |
|---|---|---|---|---|---|---|
| | | | **Net income attributable to PACS Group, Inc.** | $ 49,138 | $ | 37,597 |
| | | | **Net income per common share attributable to PACS Group, Inc.** | | | |
| | | | Basic and diluted | $ 0.38 | $ | 0.29 |
| | | | **Weighted-average shares outstanding** | | | |
| | | | Basic and diluted | 128,723,386 | | 128,723,386 |
| | | | **Other comprehensive income, net of tax:** | | | |
| | | | Unrealized gain on available-for-sale-debt securities, net of tax | $ 201 | $ | -- |
| | | | Total other comprehensive income | 201 | | -- |
| | | | **Comprehensive income** | $ 49,341 | $ | 37,598 |
| | | | Less: | | | |
| | | | Comprehensive income attributable to noncontrolling interest | 2 | | 1 |
| | | | **Comprehensive income attributable to PACS Group, Inc.** | $ 49,339 | $ | 37,597 |
| 9 | 422 | May 13, 2024 Q1 2024 Form 10-Q [Repeat of Stmt. 1] | We rely on payments from third-party payors, including Medicare, Medicaid and other governmental healthcare programs and private insurance organizations. ***If coverage or reimbursement for services are changed, reduced or eliminated, including through cost-containment efforts, spending requirements are changed, data reporting, measurement and evaluation standards are enhanced and changed, our operations, revenue and profitability could be materially and adversely affected.*** | | | |
| 10 | 426 | May 13, 2024 Q1 2024 Form 10-Q [Repeat of Stmt. 2] | We review and audit the care delivery, recordkeeping and billing processes of our operating subsidiaries. ***These reviews from time to time detect instances of noncompliance that we attempt to correct, which in some instances requires reduced or repayment of billed amounts or other costs.*** | | | |

5

| Stmt. No. | ¶ | Speaker / Source | Allegedly False and Misleading Statement[1] |
|---|---|---|---|
| 11 | 430 | May 13, 2024 Q1 2024 Form 10-Q<br><br>[Repeat of Stmt. 3] | We are subject to extensive and complex laws and government regulations. ***If we are not operating in compliance with these laws and regulations or if these laws and regulations change, we could be required to make significant expenditures or change our operations in order to bring our facilities and operations into compliance.*** |
| 12 | 437 | May 13, 2024 Press Release | • ***GAAP earnings per share for the quarter was $0.38, an increase of 31.0% over the prior year quarter.***<br><br>• ***GAAP net income was $49.1 million, an increase of 30.7% over the prior year quarter.***<br><br>• ***Consolidated GAAP revenue for the quarter was $934.7 million, an increase of 31.9% over the prior year quarter.***<br><br>• ***EBITDA and Adjusted EBITDA for the quarter was $96.3 million and $88.5 million, representing increases of 47.0% and 34.0%, respectively, over the prior year quarter. Adjusted EBITDAR for the quarter was $152.5 million.*** |
| 13 | 442 | Jason Murray; May 14, 2024 Earnings Call | [O]ur average daily Medicare rates ***increased by 11% for the 3 months ended March 31, 2024 compared to the first quarter of 2023.*** |
| 14 | 446 | Derick Apt; May 14, 2024 Earnings Call | [O]ur average Medicare revenue per patient day ***remained strong through Q1 at both our ramping and Mature facilities at $969 and $938 respectively, compared to '23 where our average Medicare revenue per patient day at Ramping and Mature was [$]836 and [$]846, respectively.*** |
| 15 | 451 | May 14, 2024 Earnings Presentation<br><br>*Repeated in Aug. 12, 2024 Earnings Presentation | Forward-looking statements are not guarantees of future results and are ***subject to risks, uncertainties and assumptions, which may change over time and many of which are beyond the Company's control***, and that could cause the Company's actual results to materially and adversely differ from those expressed in any forward-looking statement, including...risks associated with ***our review and audit of the care delivery, recordkeeping and billing processes of our operating subsidiaries***.... |

| Stmt. No. | ¶ | Speaker / Source | Allegedly False and Misleading Statement[1] |
|---|---|---|---|
| 16 | 455 | May 14, 2024 Earnings Presentation<br><br>*Repeated in Aug. 12, 2024 Earnings Presentation | Model prioritizes local operational autonomy, leveraging robust technology and support services for responsive ***decision-making based on community needs, enhancing patient care and facility operations.*** |
| 17 | 460 | Aug. 12, 2024 Q2 2024 Form 10-Q | **PACS GROUP, INC. AND SUBSIDIARIES CONDENSED COMBINED/CONSOLIDATED BALANCE SHEETS**<br>(*dollars in thousands, except for share and per share values*)<br><br>(table below) |

|  | (*unaudited*) June 30, 2024 | December 31, 2023 |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | | |
| Cash and cash equivalents | $ 73,374 | $ 73,416 |
| Accounts receivable, net | 610,577[3] | 547,807 |
| Other receivables | 50,396 | 52,259 |
| Prepaid expenses and other current assets | 66,301 | 48,665 |
| **Total Current Assets** | 800,648 | 722,147 |
| Property and equipment, net | 763,904 | 577,528 |
| Operating lease right-of-use assets | 2,112,914 | 2,007,812 |
| Insurance subsidiary deposits and investments | 35,476 | -- |
| Escrow funds | 19,531 | 15,649 |
| Goodwill and other indefinite-lived assets | 65,291 | 65,291 |
| Other assets | 98,584 | 124,312 |
| **Total Assets** | $ 3,896,348 | $ 3,512,739 |
| **LIABILITIES AND EQUITY** | | |
| Current Liabilities: | | |
| Accounts payable | $ 125,746 | $ 140,947 |
| Accrued payroll and benefits | 107,077 | 92,234 |

---

[3] Red text indicates information that was restated.

| Stmt. No. | ¶ | Speaker / Source | Allegedly False and Misleading Statement[1] | | |
|---|---|---|---|---|---|
| | | | Current operating lease liabilities | 113,278 | 109,438 |
| | | | Current maturities of long term debt | 15,745 | 16,822 |
| | | | Current portion of accrued self-insurance liabilities | 31,252 | 27,536 |
| | | | Refund liability | -- | |
| | | | Other accrued expenses | 75,003 | 69,949 |
| | | | **Total Current Liabilities** | 468,101 | 456,926 |
| | | | Long-term operating lease liabilities | 2,068,585 | 1,961,997 |
| | | | Accrued benefits, less current portion | 6,738 | 6,738 |
| | | | Lines of credit | 248,000 | 520,000 |
| | | | Long-term debt, less current maturities, net of deferred financing fees | 227,107 | 195,708 |
| | | | Accrued self-insurance liabilities, less current portion | 172,111 | 146,167 |
| | | | Other liabilities | 127,472 | 123,477 |
| | | | **Total Liabilities** | $ 3,318,114 | $ 3,411,013 |
| | | | Commitments and contingencies (Note 11) | | |
| | | | Equity: | | |
| | | | PACS Group, Inc. stockholders' equity: | | |
| | | | Common stock – 64,361,593,000 shares authorized, $0.001 par value, 128,723,386 shares issued and outstanding as of March 31, 2024 and December 31, 2023 | 152 | 129 |
| | | | Additional paid-in capital | 471,472 | -- |
| | | | Retained earnings | 100,504 | 95,997 |
| | | | Total stockholders' equity | 572,128 | 96,126 |
| | | | Noncontrolling interest in subsidiary | 6,106 | 5,600 |
| | | | **Total Equity** | $ 578,234 | $ 101,726 |

| Stmt. No. | ¶ | Speaker / Source | Allegedly False and Misleading Statement[1] | | |
|---|---|---|---|---|---|
| | | | **Total Liabilities and Equity** | $ 3,896,348 | $ 3,512,739 |
| | | | | | |
| 18 | 465 | Aug. 12, 2024 Q2 2024 Form 10-Q | **PACS GROUP, INC. AND SUBSIDIARIES UNAUDITED CONDENSED COMBINED/CONSOLIDATED STATEMENTS OF (LOSS) INCOME AND COMPREHENSIVE (LOSS) INCOME** *(dollars in thousands, except for share and per share values)* | | |

| | **Three Months Ended June 30,** | |
|---|---|---|
| | **2024** | **2023** |
| **Revenue** | | |
| Patient and resident service revenue | $ 981,398[4] | $ 760,424 |
| Additional funding | -- | -- |
| Other revenues | 448 | 240 |
| **Total Revenue** | $ 981,846 | $ 760,664 |
| | | |
| Operating Expenses | | |
| Cost of services | 762,147 | 590,815 |
| Rent – cost of services | 65,833 | 51,456 |
| General and administrative expense | 144,380 | 62,695 |
| Depreciation and amortization | 8,776 | 6,159 |
| **Total Operating Expenses** | $ 981,136 | $ 711,125 |
| | | |
| Operating Income | $ 710 | $ 49,539 |
| | | |
| Other (Expense) Income | | |
| Interest expense | (9,187) | (15,306) |
| Gain on lease termination | -- | -- |
| Other income, net | (3,905) | (2,643) |
| **Total Other Expense, net** | $ (13,902) | $ (17,949) |
| | | |

[4] Red text indicates information that was restated.

9

| Stmt. No. | ¶ | Speaker / Source | Allegedly False and Misleading Statement[1] | | | |
|---|---|---|---|---|---|---|
| | | | (Loss) income before provision of income taxes | (12,382) | | 31,590 |
| | | | Benefit (provision) for income taxes | 1,474 | | (10,370) |
| | | | | | | |
| | | | **Net (Loss) Income** | $ (10,908) | $ | 21,220 |
| | | | Less: | | | |
| | | | Net income attributable to noncontrolling interest | 2 | | 2 |
| | | | **Net (loss) income attributable to PACS Group, Inc.** | $ (10,910) | $ | 21,218 |
| | | | | | | |
| | | | **Net (loss) income per common share attributable to PACS Group, Inc.** | | | |
| | | | Basic | $ (0.07) | $ | 0.16 |
| | | | Diluted | $ (0.07) | $ | 0.16 |
| | | | | | | |
| | | | **Weighted-average shares outstanding** | | | |
| | | | Basic | 149,463,655 | | 127,723,386 |
| | | | Diluted | 149,463,655 | | 127,723,386 |
| | | | | | | |
| | | | **Other comprehensive loss, net of tax:** | | | |
| | | | Unrealized loss on available-for-sale-debt securities, net of tax | $ (201) | $ | -- |
| | | | Total other comprehensive loss | (201) | | -- |
| | | | **Comprehensive (loss) income** | $ (11,109) | $ | 21,220 |
| | | | Less: | | | |
| | | | Comprehensive income attributable to noncontrolling interest | 2 | | 2 |
| | | | **Comprehensive (loss) income attributable to PACS Group, Inc.** | $ (11,111) | $ | 21,218 |

| Stmt. No. | ¶ | Speaker / Source | Allegedly False and Misleading Statement[1] | | |
|---|---|---|---|---|---|
| | | | | **Six Months Ended June 30,** | |
| | | | | **2024** | **2023** |
| | | | **Revenue** | | |
| | | | Patient and resident service revenue | $ 1,915,696[5] | $ 1,468,250 |
| | | | Additional funding | -- | 375 |
| | | | Other revenues | 871 | 481 |
| | | | **Total Revenue** | $ 1,916,567 | $ 1,469,106 |
| | | | | | |
| | | | Operating Expenses | | |
| | | | Cost of services | 1,498,139 | 1,129,587 |
| | | | Rent – cost of services | 129,794 | 96,560 |
| | | | General and administrative expense | 191,286 | 122,137 |
| | | | Depreciation and amortization | 16,678 | 11,988 |
| | | | **Total Operating Expenses** | $ 1,835,897 | $ 1,360,272 |
| | | | | | |
| | | | Operating Income | $ 80,670 | $ 108,834 |
| | | | | | |
| | | | Other (Expense) Income | | |
| | | | Interest expense | (24,578) | (25,942) |
| | | | Gain on lease termination | 8,046 | -- |
| | | | Other income, net | (3,465) | (2,203) |
| | | | **Total Other Expense, net** | $ (19,997) | $ (28,145) |
| | | | | | |
| | | | (Loss) income before provision of income taxes | 60,673 | 80,689 |
| | | | Benefit (provision) for income taxes | (22,441) | (21,871) |
| | | | | | |
| | | | **Net (Loss) Income** | $ 38,232 | $ 58,818 |
| | | | Less: | | |
| | | | Net income attributable to | 4 | 3 |

---

[5] Red text indicates information that was restated.

| Stmt. No. | ¶ | Speaker / Source | Allegedly False and Misleading Statement[1] | | |
|---|---|---|---|---|---|
| | | | noncontrolling interest | | |
| | | | **Net (loss) income attributable to PACS Group, Inc.** | $      38,228 | $      58,815 |
| | | | | | |
| | | | **Net (loss) income per common share attributable to PACS Group, Inc.** | | |
| | | | Basic | $        (0.27) | $        0.46 |
| | | | Diluted | $        (0.27) | $        0.46 |
| | | | | | |
| | | | **Weighted-average shares outstanding** | | |
| | | | Basic | 139,093,520 | 128,723,386 |
| | | | Diluted | 139,684,618 | 128,723,386 |
| | | | | | |
| | | | **Other comprehensive loss, net of tax:** | | |
| | | | Unrealized loss on available-for-sale-debt securities, net of tax | $        -- | $        -- |
| | | | Total other comprehensive loss | -- | -- |
| | | | **Comprehensive (loss) income** | $      38,232 | $      58,818 |
| | | | Less: | | |
| | | | Comprehensive income attributable to noncontrolling interest | 4 | 3 |
| | | | **Comprehensive (loss) income attributable to PACS Group, Inc.** | $      38,228 | $      58,815 |
| | | | | | |
| 19 | 470 | Aug. 12, 2024 Q2 2024 Form 10-Q<br><br>[Repeat of Stmt. 1] | We rely on payments from third-party payors, including Medicare, Medicaid and other governmental healthcare programs and private insurance organizations. ***If coverage or reimbursement for services are changed, reduced or eliminated, including through cost-containment efforts, spending requirements are changed, data reporting, measurement and evaluation standards are enhanced and changed, our operations, revenue and profitability could be materially and adversely affected.*** | | |

12

| Stmt. No. | ¶ | Speaker / Source | Allegedly False and Misleading Statement[1] |
|---|---|---|---|
| 20 | 474 | Aug. 12, 2024 Q2 2024 Form 10-Q<br><br>[Repeat of Stmt. 2] | We review and audit the care delivery, recordkeeping and billing processes of our operating subsidiaries. ***These reviews from time to time detect instances of noncompliance that we attempt to correct, which in some instances requires reduced or repayment of billed amounts or other costs.*** |
| 21 | 478 | Aug. 12, 2024 Q2 2024 Form 10-Q<br><br>[Repeat of Stmt. 3] | We are subject to extensive and complex laws and government regulations. ***If we are not operating in compliance with these laws and regulations or if these laws and regulations change, we could be required to make significant expenditures or change our operations in order to bring our facilities and operations into compliance.*** |
| 22 | 485 | Aug. 12, 2024 Press Release | • ***GAAP net income (loss) was $38.2 million for the six months ended June 30, 2024 and $(10.9) million for the second quarter of 2024***, which was driven down by an increase in stock-based compensation expense of $90.9 million associated with restricted stock units, granted at the time of the Company's April 2024 initial public offering.<br><br>• ***Consolidated GAAP revenue for the first six months of 2024 was $1.9 billion, an increase of 31% over the first six months of the prior year, driven largely by increased facility count and reimbursement rates, and for the second quarter of 2024 was $981.8 million, an increase of 29% over the second quarter of 2023 and an increase of 5% over the first quarter of 2024.***<br><br>• ***Adjusted EBITDA was $188.2 million and $99.7 million for the first six months of 2024 and the second quarter of 2024, respectively.*** Adjusted EBITDAR was $318.0 million and $165.6 million over the same periods, respectively. |
| 23 | 490 | Jason Murray; Aug. 12, 2024 Earnings Call | In addition to training new leaders, ***the PACS leadership model allows our local leaders to make operational decisions as close to our patients and employees as possible***, which is ultimately better for the residents and community in which they live. |

| Stmt. No. | ¶ | Speaker / Source | Allegedly False and Misleading Statement[1] |
|---|---|---|---|
| 24 | 495 | Aug. 12, 2024 Earnings Presentation<br><br>[Repeat of Stmt. 15] | Forward-looking statements are not guarantees of future results and ***are subject to risks, uncertainties and assumptions, which may change over time and many of which are beyond the Company's control***, and that could cause the Company's actual results to materially and adversely differ from those expressed in any forward-looking statement, including...***risks associated with our review and audit of the care delivery, recordkeeping and billing processes of our operating subsidiaries*** . . . |
| 25 | 499 | Aug. 12, 2024 Earnings Presentation<br><br>[Repeat of Stmt. 16] | Model prioritizes ***local operational autonomy***, leveraging robust technology and support services for ***responsive decision-making based on community needs, enhancing patient care and facility operations.*** |
| 26 | 504 | Sept. 3-6, 2024 SPO Registration Statement & Prospectus<br><br>[Repeat of Stmt. 1] | We rely on payments from third-party payors, including Medicare, Medicaid and other governmental healthcare programs and private insurance organizations. ***If coverage or reimbursement for services are changed, reduced or eliminated, including through cost-containment efforts, spending requirements are changed, data reporting, measurement and evaluation standards are enhanced and changed, our operations, revenue and profitability could be materially and adversely affected.*** |
| 27 | 508 | Sept. 3-6, 2024 SPO Registration Statement & Prospectus<br><br>[Repeat of Stmt. 2] | We review and audit the care delivery, recordkeeping and billing processes of our operating subsidiaries. ***These reviews from time to time detect instances of noncompliance that we attempt to correct, which in some instances requires reduced or repayment of billed amounts or other costs.*** |
| 28 | 512 | Sept. 3-6, 2024 SPO Registration Statement & Prospectus<br><br>[Repeat of Stmt. 3] | We operate in a highly regulated industry with stringent regulatory compliance obligations, and are subject to extensive and complex laws and government regulations. ***If we are not operating in compliance with these laws and regulations or if these laws and regulations change, we could be required to make significant expenditures or change our operations in order to bring our facilities and operations into compliance.*** |
| 29 | 518 | Sept. 3-6, 2024 SPO Registration Statement & Prospectus<br><br>[Repeat of Stmt. 4] | Our ***significant historical growth has been primarily driven by our expertise in acquiring underperforming long-term custodial care skilled nursing facilities and transforming them into higher acuity, high value-add short-term transitional care skilled nursing facilities.*** |

14

| Stmt. No. | ¶ | Speaker / Source | Allegedly False and Misleading Statement[1] |
|---|---|---|---|
| 30 | 522 | Sept. 3-6, 2024 SPO Registration Statement & Prospectus<br><br>[Repeat of Stmt. 5] | We believe our success is driven in significant part by *our decentralized, local operating model, through which we empower local leaders at each facility to operate their facility autonomously* and deliver excellence in clinical quality and a superior experience for our patients. |
| 31 | 526 | Sept. 3-6, 2024 SPO Registration Statement & Prospectus<br><br>[Repeat of Stmt. 6] | *Our rigorous approach to billing integrity, our independent internal compliance function, and our regular facility billing audits are intended to provide a foundation of trust* and collaboration that makes us a natural choice for payors. |