# Exhibit 11

# A Personal Note From Our Founder

Published on January 15, 2025

## GET OUR LATEST REPORTS DELIVERED TO YOUR INBOX

email address     **SUBSCRIBE**

As I've shared with family, friends and our team since late last year, I have made the decision to disband Hindenburg Research. The plan has been to wind up after we finished the pipeline of ideas we were working on. And as of the last Ponzi cases we just completed and are sharing with regulators, that day is today.

I write this from a place of joy. Building this has been a life's dream.

I did not know at the outset if it would be possible to find a fulfilling path. This wasn't an easy option, but I was naïve to the danger and felt drawn to it magnetically.

When I started this, I doubted I was capable. I didn't have a traditional finance background. None of my relatives are in this field. I went to a state school. I'm not a slick salesperson. I don't know any of the right clothes to wear. I can't play golf. I'm not some superhuman that can function on 4 hours of sleep. In most of my jobs I was

a good worker but mostly looked over. I had no money when I started—and after catching 3 lawsuits immediately out of the gate, I quickly had less than no money. I would have failed right at the starting line had it not been for the support of world-class whistleblower lawyer Bryan Wood (https://www.pugsleywood.com/lawyers/bryan-a-wood/), who took the cases on despite my lack of financial resources. I had a newborn child and was facing eviction at the time. I was terrified, but knew that if I stayed still I would crumble. The only option I had was to keep moving forward.

It is very easy to succumb to negative thoughts and believe what others think of you, especially when things feel low. But it is possible to shatter all of that. I was passionate about this and I let that carry me forward despite my fears and insecurities.

And then this slowly started to flourish.

One at a time, and without a clear plan, we built a team of 11 incredible people. I hired each of them not because we needed workers, but because when our paths crossed and I could see who they were, I realized it was madness not to bring them on.

They are all smart, focused, and fun to work with. Little to no ego. When you meet them, they are all very nice and polite. But when it comes to this field, they are ruthless assassins, capable of world-class work. Like me, our team didn't come from traditional finance backgrounds. My first hire often describes himself as a former bartender. We all have a shared view of the world, a mostly calm exterior, and a similar burning underlying intensity. They are all family to me.

We have all worked extremely hard, with a focus on precision and letting the evidence dictate our words.

Sometimes this meant taking big swings and taking on fights that are much bigger than any of us as individuals. Fraud, corruption, and negativity often seem overwhelming. Early on, a sense of justice was usually elusive. When it happened, it

was tremendously fulfilling. It kept us going when we needed it.

And boy did we have an impact, eventually—more than I imagined was possible at the outset. Nearly 100 individuals have been charged civilly or criminally by regulators at least in part through our work, including billionaires and oligarchs. We shook some empires that we felt needed shaking.

Over time, people began to see what I hoped we could show—that having an impact is possible, no matter who you are.

It has also been rather intense, and at times, all-encompassing. I often wake up from my dreams because I've thought of a new investigative thread to pull on in my sleep, or an edit that clarifies a point I didn't realize I was troubled by during the day. Or from the general pressure of it all. We are not fearless—we just have faith in the truth and hope it leads us down the right path.

I'm grateful for all of it. We have days of bizarre, hilarious and ridiculous stories and we've had a lot of fun amidst the pressure and challenges. It has been the adventure of a lifetime.

So, why disband now? There is not one specific thing—no particular threat, no health issue, and no big personal issue.

Someone once told me that at a certain point a successful career becomes a selfish act. Early on, I felt I needed to prove some things to myself. I have now finally found some comfort with myself, probably for the first time in my life. I probably could have had it all along had I let myself, but I needed to put myself through a bit of hell first. The intensity and focus has come at the cost of missing a lot of the rest of the world and the people I care about. I now view Hindenburg as a chapter in my life, not a central thing that defines me.

Beyond my own desire for relief, it also feels selfish to keep the knowledge we've accumulated trapped within our small team. I have more than enough. In the past several years we've been flooded with thousands of messages from many of you

asking how we do what we do, or whether you can join the team. I read them all and I've been trying to figure out how to respond in a way that can answer everyone—so over the next 6 months or so I plan to work on a series of materials and videos to open-source every aspect of our model and how we conduct our investigations.

My hope is that after we fully share our process, in a couple years I will get an unsolicited message from someone who reads this (maybe you), who embraces the same passion, learns the craft, and finds the confidence to shed some light on a subject that needs it, despite the obstacles in your way. That would make my day, even if I'm off trying to learn music or planting a garden or whatever I end up doing next.

For now, I will be focused on making sure everyone on our team lands where they want to be next. Some are going to start their own research firm, which I will strongly and publicly encourage, even as I will have no personal involvement. There are others on our team who are now free agents—so feel free to reach out to me if you have a need for anyone who is brilliant, focused, and easy to work with, as they all are.

It wasn't always obvious to me, but I now view all of this as a love story. To my wife, you have been so patient with me. It has not been easy, to put it mildly, and I am forever grateful that you have sacrificed so much and pushed forward with me. And now, my dear, we get to enjoy it together for as long as this world will let us.

To my family and friends, I'm sorry for the times I have ignored you while I let my attention be drawn away. I can't wait to have more time to share with you together.

Lastly, I want to express how grateful I am to our readers. Your messages of kindness and encouragement through the years have gone a long way to help give us the strength to continue. And it constantly reminds me that the world is filled with good. Thank you for all of it—I couldn't ask for more. It is all a blessing.

With unfathomable levels of gratitude,

Nate Anderson

(P.S. If you are chasing something you think you want or need, or are doubting whether you are enough, take a minute and give this a listen (https://www.youtube.com/watch?v=h96MGcsi7GQ). It had a big impact on me at a pivotal time.)

---

© 2026 Hindenburg Research (//hindenburgresearch.com). All Rights Reserved · Legal Disclaimer (/legal-disclaimer) · Privacy Policy (/privacy-policy) · Cookie Policy (/cookie-policy)