# Exhibit 16

# TRUIST HH

**Truist Securities**

Equity Research Report

November 5, 2024

**HEALTHCARE: Post-Acute**

**David S. MacDonald**
617-646-5033
David.Macdonald@truist.com

Clarke Murphy
617-646-5032
Clarke.Murphy@truist.com

Grayson McAlister
404-836-4742
Grayson.McAlister@truist.com

| | |
|---|---|
| Current Price (Nov. 4, 2024) | **$31.01** |
| Stock Rating | **BUY** *Unchanged* |
| Price Target | **$46.00** *Unchanged* |

4 Page Document

## Reasons for this report

✓ Quick Reaction to Newsflow/Volatility

# PACS Group, Inc. (PACS)

## Comments On Yesterday's Volatility/Stock Pressure

**A Few Thoughts On Stock Pressure.** On Monday, shares were down sharply (~27.8% vs. S&P down ~0.3%) tied to investor concerns primarily focused around a couple of areas, with the bear thesis suggesting utilization of COVID-waivers which temporarily removed the 3-day inpatient hospital stay requirement, were used to drive higher Medicare revenue/reimbursement, unnecessary care in respiratory/sensory integration therapy and issues around staffing. The company's focus on higher acuity/skilled mix patient populations is/has been a key component of PACS' strategy as was the case during COVID and while tough to opine on specific internal treatments/respiratory, management has consistently pointed to the quality of care, facilities, staff, and opportunity to improve acquired operations as the key underpinnings of attractive growth. Regarding labor/staffing, CMS also took steps and provided COVID-related waivers during the Public Health Emergency (PHE) around labor/staffing aimed at providing operators with more flexibility around training/certification/staffing to help alleviate COVID-related challenges, and we would note that any remaining COVID-waivers expired upon the termination of the PHE (May 2023). The company is expected to release its 3Q earnings and hold a conference call after the market closes this Thursday, November 7th where we await management commentary on topics raised.

SEE PAGE 2 FOR REQUIRED DISCLOSURE INFORMATION

# Truist Securities

## Valuation and Risks

Our $46 price target is based on ~15.8x our 2025E adjusted EBITDA, a premium to the current 2024 multiple which we view as appropriate given strong secular industry tailwinds and PACS' leading scale/positioning and capabilities. Risks to our rating and price target include potential reimbursement pressures/changes, inability to hire/retain clinical staff, the Minimum Staffing Rule, inability to source and integrate acquisitions and concentration risk.

## Analyst Certification

I, David S. MacDonald , hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company(ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## Required Disclosures

Truist Securities, Inc. or an affiliate managed or co-managed a securities offering for the following company within the last 12 months: PACS-US

Truist Securities, Inc. makes a market in the following company: PACS-US

Analyst compensation is based upon stock price performance, quality of analysis, communication skills, and the overall revenue and profitability of the firm, including investment banking revenue.

As a matter of policy and practice, the firm prohibits the offering of favorable research, a specific research rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.



## Important Disclosures on Equity Research Dissemination, Ratings, Designations, and Coverage Universe

### Dissemination of Research

Truist Securities, Inc. ("Truist Securities") seeks to make all reasonable efforts to provide research reports simultaneously to all eligible clients. Reports are available as published in the restricted access area of our website to all eligible clients who have requested a password. Institutional investors, corporates, and members of the Press may also receive our research via third party vendors including: Thomson Reuters, Bloomberg, FactSet, and S&P Capital IQ. Additional distribution may be done by sales personnel via email, fax, or other electronic means, or regular mail.

For access to third party vendors or our Research website: https://truistresearch.bluematrix.com/client/library.jsp

Please email the Research Department at EquityResearchDepartment@truist.com or contact your Truist Securities sales representative.

### Truist Securities Rating System for Equity Securities

Truist Securities, Inc. ("Truist Securities") rates individual equities using a three-tiered system. Each stock is rated relative to the broader market (generally the S&P 500) over the next 12-18 months (unless otherwise indicated).

**Buy (B)** – the stock's total return is expected to outperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Hold (H)** – the stock's total return is expected to perform in line with the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Sell (S)** – the stock's total return is expected to underperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Not Rated (NR)** – Truist Securities does not have an investment rating or opinion on the stock

**Coverage Suspended (CS)** – indicates that Truist Securities' rating and/or target price have been temporarily suspended due to applicable regulations and/or Truist Securities Management discretion. The previously published rating and target price should not be relied upon.

Truist Securities analysts have a price target on the stocks that they cover, unless otherwise indicated. The price target represents that analyst's expectation of where the stock will trade in the next 12-18 months (unless otherwise indicated). If an analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of Truist Securities Research Management not to assign a target price; likewise certain stocks that trade under $5 may exhibit volatility whereby assigning a price target would be unhelpful to making an investment decision. As such, with Research Management's approval, an analyst may refrain from assigning a target to a sub-$5 stock.

**Legend for Rating and Price Target History Charts:**

B = Buy

H = Hold

S = Sell

D = Drop Coverage

CS = Coverage Suspended

NR = Not Rated

I = Initiate Coverage

T = Transfer Coverage

Truist Securities ratings distribution (as of 11/05/2024):

| Coverage Universe | | | Investment Banking Clients Past 12 Months | | |
| --- | --- | --- | --- | --- | --- |
| Rating | Count | Percent | Rating | Count | Percent |
| Buy | 434 | 62.81% | Buy | 61 | 14.06% |
| Hold | 255 | 36.90% | Hold | 33 | 12.94% |
| Sell | 2 | 0.29% | Sell | 0 | 0.00% |

## Other Disclosures

Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security. Truist Securities, Inc. and/or its officers or employees may have positions in any securities, options, rights or warrants. The firm and/or associated persons may sell to or buy from customers on a principal basis. Investors may be prohibited in certain states from purchasing some over the-counter securities mentioned herein. Opinions expressed are subject to change without notice.

Truist Securities, Inc.'s research is primarily provided to and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). The term "Institutional Account" shall mean the account of: (1) a bank, savings and loan association, insurance company or registered investment company; (2) an investment adviser registered either with the SEC under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or (3) any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million. In addition, certain affiliates of Truist Securities, Inc., including Truist Investment Services, Inc. (an SEC registered broker-dealer and a member of FINRA, SIPC) and Truist Advisory Services, Inc. (an investment adviser registered with the SEC), may make Truist Securities, Inc. research available, upon request, to certain of their clients from time to time.

Truist Securities, Inc. is a registered broker-dealer and a member of FINRA and SIPC. It is a service mark of Truist Financial Corporation. Truist Securities, Inc. is owned by Truist Financial Corporation and affiliated with Truist Investment Services, Inc. Despite this affiliation, securities recommended, offered, sold by, or held at Truist Securities, Inc. or Truist Investment Services, Inc. (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including Truist Bank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. Truist Bank may have a lending relationship with companies mentioned herein. Certain clients may compensate Truist Securities, Inc. for research via hard dollar payments, and Truist Securities, Inc. may be deemed to be an investment adviser to such clients as a result of such payments.

**Truist Securities**

Please see our Disclosure Database to search by ticker or company name for the current required disclosures, including valuation and risks. Link: https://truist.bluematrix.com/sellside/Disclosures.action

Please visit the Truist Securities equity research library for current reports and the analyst roster with contact information. Link: https://truistresearch.bluematrix.com/client/library.jsp

Truist Securities, Inc., member FINRA and SIPC. Truist, Truist Bank, Truist Securities, Truist Investment Services, and Truist Advisory Services are service marks of Truist Financial Corporation.

If you no longer wish to receive this type of communication, please request removal by sending an email to EquityResearchDepartment@truist.com

© Truist Securities, Inc. 2024. All rights reserved. Reproduction or quotation in whole or part without permission is forbidden.

ADDITIONAL INFORMATION IS AVAILABLE at our website, TruistSecurities.com, or by writing to: Truist Securities, Research Department, 3333 Peachtree Road N.E., Atlanta, GA 30326-1070