**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHRISTOPHER MANCHIN, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>PACS GROUP, INC., JASON MURRAY, DERICK APT, MARK HANCOCK, MICHELLE LEWIS, JACQUELINE MILLARD, TAYLOR LEAVITT, EVELYN DILSAVER, P.J. SANFORD, JOSHUA JERGENSEN, CITIGROUP GLOBAL MARKETS INC., J.P. MORGAN SECURITIES LLC, TRUIST SECURITIES, INC., RBC CAPITAL MARKETS, LLC, GOLDMAN SACHS & CO. LLC, STEPHENS INC., KEYBANC CAPITAL MARKETS INC., OPPENHEIMER & CO. INC., UBS SECURITIES, LLC, and REGIONS SECURITIES, LLC,<br><br>Defendants. | No. 1:24-cv-8636-LJL<br><br>**DECLARATION OF ALFRED L. FATALE III IN SUPPORT OF PLAINTIFFS' OMNIBUS MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT** |

I, ALFRED L. FATALE III, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1.     I am a member of the Bar of this Court and a Partner of Labaton Keller Sucharow LLP ("Labaton"), Lead Counsel for Lead Plaintiff 1199SEIU Health Care Employees Pension Fund, additional named plaintiff Police and Fire Retirement System of the City of Detroit, and the proposed class.

2.     I submit this declaration in support of Plaintiffs' Omnibus Memorandum of Law in Opposition to Defendants' Motions to Dismiss the Consolidated Class Action Complaint.

1

3.      Attached hereto as **Exhibit A** is a document reflecting the 31 Exchange Act misstatements excerpted from the Complaint.

4.      Attached hereto as **Exhibit B** is a true and correct copy of Accounting Standards Codification ("ASC") 250, "Accounting Changes and Error Corrections."

5.      Attached hereto as **Exhibit C** is a true and correct copy of ASC 606, "Revenue from Contracts with Customers."

6.      Attached hereto as **Exhibit D** is a true and correct copy of the webpage titled, *About Skilled Nursing News*, published by Skilled Nursing News and found at https://skillednursingnews.com/about/.

7.      Attached hereto as **Exhibit E** is a true and correct copy of the webpage titled, *See About Us*, published by WTWH Media and found at https://www.wtwhmedia.com/about-us/.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on April 20, 2026.


                                                      */s/ Alfred L. Fatale III*